**SUPERIOR COURT OF CALIFORNIA,
COUNTY OF MARIN**
3501 CIVIC CENTER DRIVE – RM C-10
P.O. BOX 4988
SAN RAFAEL, CA 94912–4988
**COUNTY OF MARIN**



April 13, 2007

John Andrew Olagues
413 Sauve Rd.
River Ridge, LA 70123

**RE: SC130753A**

Dear Mr. Olagues:

Please be advised that we are in receipt of your recent letter, dated March 31, 2007.

Pursuant to the order of Judge Graham, he has instructed us to send to you a copy of the sentencing court minute order of November 4, 2005 and the entire docketing record on the above case.

He has also stated that he is not able to make any additions and/or corrections to your record.

If you have any questions regarding the above, please do not hesitate to contact this office at (415) 499-6227.

Kim Turner,
Court Executive Officer

By: _C. Palmazymesa_
Court Processing Specialist III

```
J2411H1                 SUPERIOR COURT CRIMINAL              04/13/07
MARIN CJIS          IN AND FOR THE COUNTY OF MARIN              13:12
ORGANIZATION: MC
```

CASE NO. SC130753 A      DATE: 11/04/05      TIME: 09:00 AM     DEPT.: D

PEOPLE VS. OLAGUES, JOHN ANDREW
BOOKED AS:

JUDGE:    JOHN S GRAHAM, JUDGE         CLERK:   MS PETERSON
REPORTER: MARGARET COLLINS             BAILIFF:

NATURE OF PROCEEDINGS: REPORT AND JUDGMENT

CHARGES: 1. PC 278.5(A)

DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.

DEPUTY PROBATION OFFICER MY TRAN APPEARED.

DEFENDANT APPEARED WITHOUT COUNSEL.

PROBATION REPORT ATTACHMENT SUBMITTED.

MOTION TO REDUCE FELONY TO MISDEMEANOR FILED.

PEOPLE OBJECT TO THE MOTION.

MOTION OF DEFENDANT'S FOR/TO REDUCE FELONY TO
     MISDEMEANOR IS DENIED.

MOTION OF DEFENDANT'S FOR/TO NEW TRIAL IS DENIED.

PROBATION REPORT READ, CONSIDERED, AND FILED.

DEFENDANT STATES THERE IS NO LEGAL CAUSE WHY JUDGMENT
     SHOULD NOT BE PRONOUNCED.

PARTIES STATE POSITION AND ARGUMENT RE: SENTENCING.

****************   S E N T E N C E   ****************

PROBATION GRANTED AS TO COUNT 1.

IMPOSITION OF SENTENCE SUSPENDED, AND DEFENDANT PLACED
     ON PROBATION FOR A PERIOD OF 3 YRS; 0 MOS; 0 DAYS.  TYPE
     OF PROBATION:  SUPERVISED.

PAGE   1

CASE NO. SC130753 A      DATE: 11/04/05      TIME: 09:00 AM      DEPT.: D
PEOPLE VS. OLAGUES, JOHN ANDREW

DEFENDANT IS PLACED ON PROBATION UNDER THE FOLLOWING
    USUAL FIVE TERMS AND CONDITIONS:  1. THE DEFENDANT IS
    HEREBY PLACED UNDER THE SUPERVISION AND CUSTODY OF THE
    PROBATION OFFICER OF THE COUNTY OF MARIN.   2. THE
    DEFENDANT SHALL CONDUCT HIM/HERSELF IN A LAW-ABIDING
    MANNER.   3. DEFENDANT SHALL NOT LEAVE THE STATE OF
    CALIFORNIA NOR MOVE HIS/HER RESIDENCE FROM THE COUNTY IN
    WHICH HE/SHE RESIDES, WITHOUT PRIOR WRITTEN APPROVAL OF
    THE PROBATION OFFICER OR THE COURT.   4. THE DEFENDANT
    SHALL NOTIFY THE PROBATION OFFICER IMMEDIATELY OF ANY
    CHANGE IN EMPLOYMENT, MARITAL STATUS, OR PLACE OF
    RESIDENCE.   5. THE DEFENDANT SHALL REPORT REGULARLY AS
    DIRECTED BY THE PROBATION OFFICER.

PROBATION EXPIRES 11/04/2008.

AS TO COUNT 1, DEFENDANT TO SERVE 0 YEAR(S), 6 MONTH(S),
    0 DAY(S) IN THE CUSTODY OF THE MARIN COUNTY SHERIFF.

JAIL STAYED PENDING SUCCESSFUL COMPLETION OF PROBATION.

OTHER CONDITIONS: DEFENDANT TO PARTICIPATE AND
    SUCESSFULLY COMPLETE A MINIMUM OF 16 WEEKS OF PARENTING
    CLASSES.

OTHER CONDITIONS: DEFENDANT TO ABIDE BY ANY FAMILY COURT
    ORDER INCLUDING SUPPORT OF CHILDREN AND PAYMENT OF CHILD
    SUPPORT.

DEFENDANT TO SEEK AND MAINTAIN FULL-TIME EMPLOYMENT/
    EDUCATION/VOCATIONAL TRAINING, AS DIRECTED BY THE
    PROBATION OFFICER.

DEFENDANT TO PAY RESTITUTION FINE IN THE AMOUNT OF
    $200.00 PURSUANT TO PC1202.4.

DEFENDANT MUST PAY A $20.00 COURT SECURITY FEE PURSUANT
    TO 1465.8 PC.

DEFENDANT MUST PAY A $200.00 PROBATION RESTITUTION
    REVOCATION FINE, WHICH SHALL BECOME EFFECTIVE UPON THE
    REVOCATION OF PROBATION OR CONDITIONAL SENTENCE.

FEES TO BE PAID THROUGH PROBATION DEPARTMENT.

CASE NO. SC130753 A        DATE: 11/04/05        TIME: 09:00 AM        DEPT.: D
PEOPLE VS. OLAGUES, JOHN ANDREW

DEFENDANT TO PAY RESTITUTION TO ANY PERSON IN AN AMOUNT
    AND MANNER TO BE DETERMINED BY THE PROBATION OFFICER,
    SUBJECT TO COURT REVIEW UPON THE DEFENDANT'S TIMELY
    OBJECTION.

DEFENDANT SHALL PROVIDE SPECIMENS PURSUANT TO PC 296 ET
    SEQ. FOR LAW ENFORCEMENT IDENTIFICATION ANALYSIS.

ORDER DIRECTING SUBMISSION OF BUCCAL SWAB SAMPLES (PC
    295, 296) FILED.

PAY THE SUPERVISED PROBATION FEE OF $350.00.

DEFENDANT TO REPORT TO PROBATION FORTHWITH.

CONTINUED TO 05/26/2006 AT 9:00 A.M. IN SUPERIOR COURT,
    D- D FOR STATUS REPORT RE:PROBATION COMPLIANCE.

ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.

TERMS OF PROBATION INCORPORATED HEREIN BY REFERENCE.

DEFENDANT SIGNED ORDER AND RECEIVED COPY.

ENTERED ON CJIS BY PPL, DATE 11/07/2005.

---



THIS INSTRUMENT IS A CORRECT
COPY OF THE ORIGINAL ON FILE
IN THIS OFFICE

Attest:  APR 13 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Palmer/mesa, Deputy

PAGE    3

```
J241481                 IN THE MUNICIPAL COURT, TRAFFIC DIVISION       04/13/07
MARIN CJIS                     OF THE STATE OF CALIFORNIA               13:12
ORGANIZATION: MC            IN AND FOR THE COUNTY OF MARIN              PAGE   1

                        --- REGISTER OF ACTIONS ---


CASE NO. SC130753A          STATUS:  UNDER APPEAL

PEOPLE V. OLAGUES, JOHN ANDREW

            413 SAUVE RD.
            NEW ORLEANS, LA 70123

*****************************************************************************
ATTORNEYS OF RECORD:

PROSECUTION:  HOWARD SKEBE
DEFENSE:      BRIAN MORRIS, PUBLIC DEFENDER
                (PUBLIC DEFENDER)

*****************************************************************************
CHARGES, PLEAS AND DISPOSITIONS:

COUNT                                    LATEST
NO.   CODE/SECTION               TYPE    PLEA    DISPOSITION

  1   PC 278.5(A)                 F      NOT G   FOUND GUILTY
```

THIS INSTRUMENT IS A CORRECT
COPY OF THE ORIGINAL ON FILE
IN THIS OFFICE

Attest:   APR 13 2007

KIM TURNER
Court Executive Officer
MARIN COUNTY SUPERIOR COURT
By: C. Palmaymesa, Deputy

```
J241481                                                    04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---     13:12
ORGANIZATION: MC               CASE NO. SC130753A          PAGE   2

************************************************************************
CASE SYNOPSIS:



07/22/03  WARRANT OF ARREST PREPRINTED BY DA
07/22/03  WARRANT OF ARREST ORDERED ISSUED - $250,000.00
07/25/03  WARRANT OF ARREST ISSUED
07/25/03  WARRANT OF ARREST SERVED - DEFENDANT ARRESTED.
12/15/03  WARRANT OF ARREST PREPRINTED BY DA
12/15/03  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: ARR ON WARRANT OF ARREST.
          CUSTODY STATUS: ARREST WARRANT ORDERED.
12/15/03  WARRANT OF ARREST ORDERED ISSUED - $50,000.00
12/23/03  WARRANT OF ARREST ISSUED
01/26/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: RECEIPT OF REPORT.
          CUSTODY STATUS: ARREST WARRANT OPEN.
03/04/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: RECEIPT OF REPORT.
          CUSTODY STATUS: ARREST WARRANT OPEN.
08/25/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: ARREST WARRANT OPEN.
09/15/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: ARREST WARRANT OPEN.
10/07/04  WARRANT OF ARREST PREPRINTED BY DA
10/08/04  WARRANT OF ARREST RECALLED.
10/08/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: ARREST WARRANT ORDERED.
10/08/04  WARRANT OF ARREST ORDERED ISSUED - $50,000.00
10/08/04  WARRANT OF ARREST ISSUED
10/15/04  WARRANT OF ARREST SERVED - DEFENDANT ARRESTED.
12/13/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: ARR ON WARRANT OF ARREST.
          CUSTODY STATUS: ARREST WARRANT OPEN.
12/14/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: COUNSEL AND PLEA.
          CUSTODY STATUS: ARREST WARRANT OPEN.
12/21/04  HEARING HELD IN DEPT. J, SUPERIOR COURT,
            BEFORE HON. VERNA A ADAMS, JUDGE.
            NATURE OF PROCEEDINGS: COUNSEL AND PLEA.
          CUSTODY STATUS: ARREST WARRANT OPEN.
```

01/04/05   HEARING HELD IN DEPT. J, SUPERIOR COURT,

```
J241481                                                      04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC          CASE NO. SC130753A                 PAGE   3

*************************************************************************
CASE SYNOPSIS:

01/04/05  - CONTINUED
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: APPR BENCH WARRANT: FTA.
          CUSTODY STATUS: IN CUSTODY.
01/05/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: IN CUSTODY.
01/10/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: FREE ON CASH BAIL.
01/20/05  HEARING HELD IN DEPT. J, SUPERIOR COURT,
             BEFORE HON. VERNA A ADAMS, JUDGE.
             NATURE OF PROCEEDINGS: MOTION.
          CUSTODY STATUS: FREE ON CASH BAIL.
01/24/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: SET PRELIMINARY HEARING.
          CUSTODY STATUS: FREE ON CASH BAIL.
02/10/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: MTN TO CONTINUE.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/03/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: MOTION.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/04/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: STATUS REPORT.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/10/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: MOTION.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/11/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: PRELIMINARY HEARING.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/14/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: FURTHER PRELIMINARY HEARING.
          CUSTODY STATUS: FREE ON CASH BAIL.
03/28/05  INFORMATION FILED
03/28/05  HEARING HELD IN DEPT. D, SUPERIOR COURT,
             BEFORE HON. JOHN S GRAHAM, JUDGE.
             NATURE OF PROCEEDINGS: ARRAIGNMENT IN SUPERIOR COURT.
          CUSTODY STATUS: FREE ON CASH BAIL.

          FOR FURTHER SYNOPSIS, SEE RECORD OF CASE EVENTS
```

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

```
J241481                                                              04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---              13:12
ORGANIZATION: MC                 CASE NO. SC130753A                  PAGE   4
```

**********************************************************************
RECORD OF CASE EVENTS:


07/22/03 07:00      AFFIDAVIT FELONY WARRANT OF ARREST FILED.
                    WARRANT OF ARREST ORDERED ISSUED.  BAIL SET IN THE
                      AMOUNT OF $250,000.00.
                    ENTERED ON CJIS BY MH, DATE 07/22/2003.

07/25/03 08:48      ORDERED WARRANT ISSUED FOR DEFENDANT AT 8:48 A.M. BY
                      USER PAM FORWARDED TO SHERIFF'S DEPARTMENT.
         11:34      WARRANT OF ARREST SERVED OUT OF COUNTY.
                    PREVIOUS EVENT ENTERED AT 11:34 A.M. BY USER LAP

07/28/03 07:00      CERTIFIED COPIES MADE FOR MARIN COUNTY DISTRICT ATTORNEY
                      (4 COPIES OF DOCKET).
                    ENTERED ON CJIS BY PM, DATE 07/28/2003.

08/07/03 07:00      AMENDED CHARGING DOCUMENT FILED.
                    ENTERED ON CJIS BY PM, DATE 08/07/2003.

10/01/03 07:00      FILE SUBMITTED TO JUDGE SMITH.
                    ENTERED ON CJIS BY PM, DATE 10/01/2003.

10/02/03 07:00      FILE RETURNED TO C-10.
                    ENTERED ON CJIS BY PM, DATE 10/02/2003.

12/11/03 07:00      MATTER PLACED ON CALENDAR AT REQUEST OF THE DISTRICT
                      ATTORNEY.
                    HEARING SET ON 12/15/2003 AT 9:00 A.M. IN SUPERIOR COURT
                      , D- J FOR ARR ON WARRANT OF ARREST.
                    ENTERED ON CJIS BY CP, DATE 12/11/2003.

12/15/03 09:00 **   HEARING HELD ON 12/15/03 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                      LUCCHESI.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:00
                      A.M. SUPERIOR COURT J VERNA A ADAMS, JUDGE MS LUCCHESI
                      SUE FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  ARRAIGNMENT ON WARRANT OF ARREST
                      .
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    AFFIDAVIT FOR WARRANT OF ARREST FILED.
                    WARRANT OF ARREST ORDERED ISSUED.  BAIL SET IN THE
                      AMOUNT OF $50,000.00.
                    ENTERED ON CJIS BY BL, DATE 12/15/2003.

12/23/03 11:36      ORDERED WARRANT ISSUED FOR DEFENDANT AT 11:36 A.M. BY
                      USER MH  FORWARDED TO SHERIFF'S DEPARTMENT.

12/30/03 07:00      MATTER PLACED ON CALENDAR AT REQUEST OF THE DISTRICT
                      ATTORNEY.

```
J241481                                                           04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---            13:12
ORGANIZATION: MC                 CASE NO. SC130753A               PAGE    5
```

**************************************************************************
RECORD OF CASE EVENTS:

12/30/03 - CONTINUED
                HEARING SET ON 01/26/2004 AT 9:00 A.M. IN SUPERIOR COURT
                 , D- J FOR RECEIPT OF REPORT.
                ENTERED ON CJIS BY CP, DATE 12/30/2003.

01/20/04 07:00    WARRANT OF ARREST RETURNED AND FILED.
                ENTERED ON CJIS BY TG, DATE 01/20/2004.
                MOTION TO DISMISS FOR LACK OF VENUE FILED.
                ENTERED ON CJIS BY PM, DATE 01/22/2004.

01/26/04 09:00 ** HEARING HELD ON 01/26/04 AT 9:00 A.M. IN SUPERIOR COURT,
                 D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                 COMPTON.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:00 A.M.
                 SUPERIOR COURT J VERNA A ADAMS, JUDGE MS COMPTON SUE
                 FITZSIMMONS.
                 NATURE OF PROCEEDINGS:  RECEIPT OF REPORT.
                DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                NO APPEARANCE BY OR FOR DEFENDANT.
                ONCE SUBPEONED DOCUMENTS ARE RECEIVED THEY ARE TO REMAIN
                 IN COURTS FILE, NOT TO BE OPENED OR RELEASED TO EITHER
                 PARTY.
                DEFENDANT'S MOTION FOR CHANGE OF VENUE ORDERED OFF
                 CALENDAR. DEFENDANT HAS NOT PERSONALLY APPEARED IN THIS
                 CASE, PURSUANT TO PC 977(B)(1).
                WARRANT OF ARREST TO REMAIN OUTSTANDING.
                ENTERED ON CJIS BY GC, DATE 01/29/2004.

01/28/04 07:00    RECORDS FROM AVIS RENT A CAR RECEIVED.
                ENTERED ON CJIS BY DN, DATE 01/29/2004.

02/06/04 07:00    DOCUMENTS RECEIVED FROM DEFENDANT SUBMITTED TO JUDGE
                 ADAMS WITH FILE.
                ENTERED ON CJIS BY DN, DATE 02/06/2004.

02/10/04 07:00    MATTER PLACED ON CALENDAR AT REQUEST OF THE DISTRICT
                 ATTORNEY.
                HEARING SET ON 03/04/2004 AT 9:00 A.M. IN SUPERIOR COURT
                 , D- J FOR RECEIPT OF REPORT.
                ENTERED ON CJIS BY CP, DATE 02/10/2004.

02/11/04 07:00    PURSUANT TO THE INSTRUCTION OF JUDGE ADAMS, AFFIDAVIT
                 RECEIVED FROM DEFENDANT RETURNED TO DEFENDANT WITH A
                 LETTER TO INFORM HIM THAT HE CANNOT FILE MOTIONS IN THIS
                 CASE UNTIL HE HAS PERSONALLY ARRAIGNED (PENAL CODE
                 SECTION 997(B). UNTIL THEN THE COURT HAS NO JURISDICTION
                 TO ENTERTAIN HIS MOTIONS.
                ENTERED ON CJIS BY DN, DATE 02/11/2004.

02/19/04 07:00    RECORDS FROM AMERICA WEST CORPORATE INGESTIGATIONS
                 RECEIVED.

```
J241481                                                         04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC                CASE NO. SC130753A              PAGE   6

*********************************************************************
RECORD OF CASE EVENTS:

02/19/04 - CONTINUED
                    ENTERED ON CJIS BY DN, DATE 02/19/2004.


03/04/04 09:00 ** HEARING HELD ON 03/04/04 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    COMPTON.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: 9:00
                    A.M. SUPERIOR COURT J VERNA A ADAMS, JUDGE MS COMPTON
                    SUSAN FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  RECEIPT OF REPORT.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  NO APPEARANCE BY OR FOR DEFENDANT.
                  PEOPLE'S REQUEST FOR SUBPOENAED DOCUMENTS TO REMAIN
                    SEALED IN COURTS FILE, GRANTED.
                  WARRANT OF ARREST TO REMAIN OUTSTANDING.
                  ENTERED ON CJIS BY GC, DATE 03/04/2004.


04/20/04 07:00    PURSUANT TO THE INSTRUCTION OF JUDGE ADAMS, LETTER
                    RESPOND TO DEFENDANT'S APRIL 9, 2004 FORWARDED TO
                    DEFENDANT, COPY OF LETTER AND DEFENDANT'S APRIL 9, 04'S
                    LETTER FORWARDED TO DDA LEON KOUSHARIAN.
                  ENTERED ON CJIS BY DN, DATE 04/20/2004.


07/15/04 07:00    COPIES MADE FOR DEFENDANT.
                  ENTERED ON CJIS BY PM, DATE 07/15/2004.


08/11/04 07:00    MOTION TO DISMISS FOR VIOLATION OF RIGHT TO A SPEEDY
                    TRIAL RECEIVED AND SUBMITTED TO JUDGE ADAMS WITH FILE.
                  ENTERED ON CJIS BY DN, DATE 08/11/2004.


08/12/04 16:00    NOTICE OF MOTION HEARING FILED.
                  MOTION TO DISMISS FOR VIOLATION OF A RIGHT TO A SPEEDY
                    TRIAL FILED.
                  POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS
                    FOR VIOLATION OF A RIGHT TO A SPEEDY TRIAL FILED.
                  AFFIDAVIT OF JOHN OALGUES FILED.
                  CERTIFICATE OF SERVICE FILED.
                  CONTINUED TO 08/25/2004 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- J FOR STATUS REPORT.
                  ENTERED ON CJIS BY CHARIFA, DATE 08/12/2004.


08/23/04 07:00    MOTION TO SUPPLEMENT RECORD RECEIVED FROM DEFENDANT
                    SUBMITTED TO JUDGE ADAMS (ON CALENDAR 8-25-04).
                  ENTERED ON CJIS BY DN, DATE 08/23/2004.


08/25/04 09:00 ** HEARING HELD ON 08/25/04 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    BELL.  REPORTER: TAMARA WILSON.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS BELL TAMARA
                    WILSON.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
```

```
J241481                                                        04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---            13:12
ORGANIZATION: MC           CASE NO. SC130753A                 PAGE   7
```

**************************************************************************
RECORD OF CASE EVENTS:

08/25/04 - CONTINUED
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  NO APPEARANCE BY OR FOR DEFENDANT.
                  DEFENDANT'S MOTION TO SUPPLEMENT RECORD FILED.
                  COURT TO ADDRESS MOTION SUA SPONTE.
                  PEOPLE REQUEST TIME TO RESPOND IS GRANTED.
                  CONTINUED TO 09/15/2004 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- J FOR STATUS REPORT (RULING ON MOTION).
                  ENTERED ON CJIS BY LB, DATE 08/25/2004.

09/02/04 07:00    NOTICE OF HEARING FOR DEMURER (DEFENDANT'S) FILED.
                  DEMURRER FILED.
                  POINTS AND AUTHORITIES IN SUPPORT OF DEMURRER UNDER CAL.
                   P.C. 1004 FILED.
                  2ND SUPPLIMENT PLEADING TO MOTION TO DISMISS FOR DENIAL
                   OF A SPEEDY TRIAL FILED.
                  ENTERED ON CJIS BY DN, DATE 09/02/2004.

09/10/04 07:00    OPPOSITION TO TO DEFENDANT'S MOTION TO DISMISS FOR
                   VIOLATION OF RIGHT TO A SPEEDY TRIAL(PEOPLE'S) FILED.
                  ENTERED ON CJIS BY BJR, DATE 09/10/2004.

09/14/04 07:00    REPLY TO PEOPLE'S OPPOSITION TO MOTION TO DISMISS FOR
                   VIOLATION OF A RIGHT TO A SPEEDY TRIAL FILED.
                  ENTERED ON CJIS BY DN, DATE 09/14/2004.

09/15/04 09:00 ** HEARING HELD ON 09/15/04 AT 9:00 A.M. IN SUPERIOR COURT,
                   D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                   CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: 9:00
                   A.M. SUPERIOR COURT J VERNA A ADAMS, JUDGE MS CHARIFA
                   SUSAN FITZSIMMONS.
                   NATURE OF PROCEEDINGS:  STATUS REPORT.
                  DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                  DEPUTY PROBATION OFFICER S. SHAPIRO APPEARED.
                  NO APPEARANCE BY OR FOR DEFENDANT.
                  PEOPLE STATE THEIR ARGUMENT.
                  MOTION OF DEFENDANT'S FOR/TO DISMISS FOR VIOLATION OF A
                   RIGHT TO A SPEEDY TRIAL IS DENIED.
                  WARRANT OF ARREST TO REMAIN OUTSTANDING.
                  REPORTER'S TRANSCRIPT ORDERED.
                  BY THE COURT AND COPY TO BE SENT TO THE DEFENDANT AT HIS
                   LAST KNOWN ADDRESS.
                  ENTERED ON CJIS BY CHARIFA, DATE 09/15/2004.

09/21/04 07:00    DEFENDANT'S REQUEST FOR FINDINGS OF FACT AND CONCLUSION
                   OF LAW & NOTICE OF DEMURRER HEARING RECEIVED (NOT FILED)
                   SUBMITTED TO JUDGE ADAMS WITH FILE.
                  ENTERED ON CJIS BY DN, DATE 09/21/2004.

10/05/04 07:00    REPORTER'S TRANSCRIPT DATED 12/15/2003, REPORTER SUSAN
                   L. FITZSIMMONS, FILED.

```
J241481                                                         04/13/07
MARIN CJIS             --- REGISTER OF ACTIONS ---              13:12
ORGANIZATION: MC             CASE NO. SC130753A                 PAGE   8

*************************************************************************
RECORD OF CASE EVENTS:

10/05/04 - CONTINUED
                   REPORTER'S TRANSCRIPT DATED 09/15/2004, REPORTER SUSAN
                      L. FITZSIMMONS, FILED.
                   ENTERED ON CJIS BY DN, DATE 10/06/2004.


10/06/04 07:00     FILE AND MOTION RETURNED BY JUDGE ADAMS WITH INSTRUCTION
                      TO LODGE MOTION IN FILE ONLY (DON'T FILE).
                   ENTERED ON CJIS BY DN, DATE 10/06/2004.
                   CALENDARED AT REQUEST OF DISTRICT ATTORNEY.
                   HEARING SET ON 10/08/2004 AT 9:00 A.M. IN SUPERIOR COURT
                      , D- J FOR STATUS REPORT.
                   ENTERED ON CJIS BY PM, DATE 10/06/2004.


10/08/04 07:00     WARRANT OF ARREST RECALLED.
                   WARRANT OF ARREST RETURNED AND FILED.
         09:00 **  HEARING HELD ON 10/08/04 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                      CHARIFA.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: 9:00
                      A.M. SUPERIOR COURT J VERNA A ADAMS, JUDGE MS CHARIFA
                      SUSAN FITZSIMMONS.
                   NATURE OF PROCEEDINGS:  STATUS REPORT.
                   DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                   NO APPEARANCE BY OR FOR DEFENDANT.
                   WARRANT OF ARREST ORDERED ISSUED.  BAIL SET IN THE
                      AMOUNT OF $50,000.00.
                   WARRANT OF ARREST SIGNED IN OPEN COURT.
                   ENTERED ON CJIS BY CHARIFA, DATE 10/08/2004.
         11:35     ORDERED WARRANT ISSUED FOR DEFENDANT AT 11:35 A.M. BY
                      USER PAM FORWARDED TO SHERIFF'S DEPARTMENT.


10/15/04 07:40     WARRANT OF ARREST SERVED OUT OF COUNTY.
                   PREVIOUS EVENT ENTERED AT 7:40 A.M. BY USER


10/18/04 07:00     COPY OF PETITION FOR WRIT OF MANDATE FROM THE PEOPLE OF
                      THE STATE OF CALIFORNIA VS. JOHN ANDREW OLAGUES CASE #
                      SC130753 RECEIVED FROM DEFENDANT SUBMITTED TO JUDGE
                      ADAMS.
                   ENTERED ON CJIS BY DN, DATE 10/19/2004.


10/19/04 07:00     FILE RETURNED BY JUDGE ADAMS, DOCUMENTS LODGED IN FILE.
                   ENTERED ON CJIS BY DN, DATE 10/20/2004.


10/25/04 07:00     COPY OF DECISION RE PETITION FOR WRIT OF MANDATE
                      RECEIVED FROM COURT OF APPEAL INDICATED THAT PETITION
                      FOR WRIT OF MANDATE IS DENIED.
                   ENTERED ON CJIS BY DN, DATE 10/26/2004.


10/27/04 07:00     AMENDED CHARGING DOCUMENT FILED.
                   ENTERED ON CJIS BY AB, DATE 10/27/2004.


12/07/04 07:00     CALENDARED AT REQUEST OF DEFENDANT.
```

```
J241481                                                        04/13/07
MARIN CJIS                --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC               CASE NO. SC130753A              PAGE   9
```

**********************************************************************
RECORD OF CASE EVENTS:

12/07/04 - CONTINUED
                    HEARING SET ON 12/13/2004 AT 9:00 A.M. IN SUPERIOR COURT
                    , D- J FOR ARR ON WARRANT OF ARREST.
                    ENTERED ON CJIS BY PM, DATE 12/07/2004.

12/13/04 09:06 ** HEARING HELD ON 12/13/04 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS CHARIFA SUE
                    FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  ARRAIGNMENT ON WARRANT OF ARREST
                    .
                    DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    REFERRED TO PUBLIC DEFENDER.
                    MOTION OF PEOPLE'S FOR/TO REMAND DEFENDANT IS DENIED.
                    DEFENDANT ORDERED TO APPEAR ON 12/14/2004 AT 9:06 A.M.
                     IN SUPERIOR COURT, D- J FOR COUNSEL AND PLEA.
                    ENTERED ON CJIS BY CHARIFA, DATE 12/13/2004.

12/14/04 09:06 ** HEARING HELD ON 12/14/04 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    CHARIFA.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS CHARIFA SUE
                    FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  COUNSEL AND PLEA.
                    DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER J.
                     NIELSEN.
                    DPD J. NIELSEN REQUEST CONTINUANCE TO FURTHER
                     INVESTIGATE MATTER.
                    DEFENDANT ORDERED TO APPEAR ON 12/21/2004 AT 9:06 A.M.
                     IN SUPERIOR COURT, D- J FOR COUNSEL AND PLEA.
                    ENTERED ON CJIS BY CHARIFA, DATE 12/14/2004.

12/16/04 07:00    REPORTER'S TRANSCRIPT DATED 12/14/2004, REPORTER SUSAN
                    FITZSIMMONS, FILED.
                    ENTERED ON CJIS BY PM, DATE 12/17/2004.

12/17/04 07:00    REPORTER'S TRANSCRIPT DATED 12/13/2004, REPORTER SUSAN
                    FITZSIMMONS, FILED.
                    ENTERED ON CJIS BY PM, DATE 12/17/2004.

12/21/04 09:06 ** HEARING HELD ON 12/21/04 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06
                    A.M. SUPERIOR COURT J VERNA A ADAMS, JUDGE MS PETERSON
                    SUE FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  COUNSEL AND PLEA.
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.

```
J241481                                                     04/13/07
MARIN CJIS                --- REGISTER OF ACTIONS ---       13:12
ORGANIZATION: MC             CASE NO. SC130753A             PAGE  10
```

**************************************************************************
RECORD OF CASE EVENTS:


12/21/04 - CONTINUED
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER DAVID
                    BROWN.
                 BENCH WARRANT TO ISSUE AND ORDERED STAYED TO 01/04/2005
                    AT 9:06 A.M. IN SUPERIOR COURT, D- J FOR APPR BENCH
                    WARRANT: FTA.  BAIL SET AT $50,000.00.
                 ENTERED ON CJIS BY SRP, DATE 12/21/2004.


12/29/04 07:00   MOTION TO DIMISS FOR LACK OF TERRITORIAL JURRIDICTION
                    RECEIVE (NOT FILE) SUBMITTED TO JUDGE ADAMS WITH FILE
                    (CASE ON CALENDAR 1/4/05 IFO DEPT.J).
                 ENTERED ON CJIS BY DN, DATE 12/29/2004.


01/04/05 09:06 ** HEARING HELD ON 01/04/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS KING SUE
                    FITZSIMMONS.
                 NATURE OF PROCEEDINGS:  RETURN ON BENCH WARRANT:  FAILED
                    TO APPEAR.
                 DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER JAMES
                    NIELSEN.
                 DEFENDANT WISHES TO REPRESENT HIMSELF; UNDERSTANDS
                    RIGHTS TO ATTORNEY AND COURT WILL APPOINT ATTORNEY IF
                    DEFENDANT CANNOT AFFORD ONE.  DEFENDANT KNOWINGLY AND
                    INTELLIGENTLY WAIVES COUNSEL.  COURT FINDS DEFENDANT
                    COMPETENT TO REPRESENT HIMSELF.
                 DEFENDANT ADVISED AS TO THE PERILS, PITFALLS, DANGERS
                    AND DISADVANTAGES OF SELF-REPRESENTATION.
                 TO HAVE AN ATTORNEY AT ALL STAGES OF THE PROCEEDINGS;
                 TO A COURT-APPOINTED ATTORNEY IF HE LACKS FUNDS TO HIRE
                    AN ATTORNEY;
                 TO A SPEEDY AND PUBLIC TRIAL BY JUDGE OR JURY AND TO A
                    DISMISSAL IF NOT TRIED UNLESS GOOD CAUSE IS SHOWN OR
                    TIME WAIVED.
                 DEFENDANT ADVISED THE MAXIMUM SENTENCE THAT COULD BE
                    IMPOSED IS 3 YEARS STATE PRISON.
                 CHARGING DOCUMENT READ TO DEFENDANT.
                 ORAL DEMMURRER TO COMPLAINT MADE BY DEFENDANT.
                 DEFENDANT MAKES ORAL MOTION FOR DISMISSAL.
                 COPY OF CHARGING DOCUMENT PROVIDED TO DEFENDANT.
                 DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                 TIME NOT WAIVED BY DEFENDANT.
                 DEFENDANT IS REMANDED TO THE CUSTODY OF THE SHERIFF.
                 BAIL SET AT $50,000.00.
                 CONTINUED TO 01/12/2005 AT 1:36 P.M. IN SUPERIOR COURT,
                    D- J FOR PRELIMINARY HEARING.
                 DEFENDANT TO PERSONALLY APPEAR.

```
J241481                                                        04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---         13:12
ORGANIZATION: MC              CASE NO. SC130753A               PAGE  11
```

**************************************************************************
RECORD OF CASE EVENTS:


01/04/05 - CONTINUED
                    HEARING SET ON 01/05/2005 AT 9:06 A.M. IN SUPERIOR COURT
                    , D- O FOR STATUS REPORT (CALENDARED AT THE REQUEST OF
                    PUBLIC DEFENDER FOR REVIEW OF CUSTODY STATUS).
                    ENTERED ON CJIS BY FK, DATE 01/04/2005.
          14:30     VACATE STATUS REPORT THAT WAS SET ON 01/05/2005 AT 9:06
                    A.M.
                    HEARING SET ON 01/05/2005 AT 9:06 A.M. IN SUPERIOR COURT
                    , D- J FOR STATUS REPORT.


01/05/05 09:06 ** HEARING HELD ON 01/05/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS KING SUE
                    FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER DAVID
                    BROWN, SPECIALLY.
                  DEFENDANT IN CUSTODY ON THIS CASE.
                  O.R. DENIED.
                  APPOINTED AS ATTORNEY OF RECORD: PUBLIC DEFENDER.
                  BAIL TO REMAIN AS SET.
                  MATTER TO REMAIN AS SET.
                  ENTERED ON CJIS BY FK, DATE 01/05/2005.


01/06/05 07:00    AFFIDAVIT IN SUPPORT OF MOTION TO DISMISS FOR LACK OF
                    TERRITORIAL JURISDICTION FILED.
                  REQUEST TO TAKE JUDICIAL NOTICE FILED.
                  ENTERED ON CJIS BY PM, DATE 01/06/2005.


01/07/05 07:30    CASH BAIL RECEIPT NUMBER W16907 IN THE SUM OF $50,000.00
                    POSTED BY INGRID BECKER. PG 426, LN 18 POSTED TO CASE.
                  ENTERED ON CJIS BY WW, DATE 01/07/2005.


01/10/05 09:06 ** HEARING HELD ON 01/10/05 AT 9:06 A.M. IN SUPERIOR COURT,
                    D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                    KING.  REPORTER: SUE FITZSIMMONS.  BAILIFF: 9:06 A.M.
                    SUPERIOR COURT J VERNA A ADAMS, JUDGE MS KING SUE
                    FITZSIMMONS.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER DAVID
                    BROWN.
                  AFFIDAVIT OF PREJUDICE PURSUANT TO 170.6 CCP FILED
                    (JUDGE: ADAMS ) BY DEFENSE.
                  DSIPOSITION ON 170.6 TAKEN UNDER SUBMISSION.
                  WAIVER OF DEFENDANT'S PERSONAL PRESENCE FILED.
                  DEFENDANT UNDERSTANDS AND WAIVES RIGHT TO PRELIMINARY
                    HEARING WITHIN TEN COURT DAYS AND COMPLETION WITHIN 60
                    DAYS.

```
J241481                                                         04/13/07
MARIN CJIS                --- REGISTER OF ACTIONS ---           13:12
ORGANIZATION: MC              CASE NO. SC130753A                PAGE  12
```

**********************************************************************
RECORD OF CASE EVENTS:

01/10/05 - CONTINUED
                VACATE PRELIMINARY HEARING THAT WAS SET ON 01/12/2005 AT
                  1:36 P.M.
                CONTINUED TO 01/20/2005 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- J FOR STATUS REPORT RULING ON DISQUALIFICATION MOTION
                  AND SET PRELIMINARY HEARING.
                ENTERED ON CJIS BY FK, DATE 01/10/2005.


01/20/05 09:00 ** HEARING HELD ON 01/20/05 AT 9:00 A.M. IN SUPERIOR COURT,
                  D- J.  HON. VERNA A ADAMS, JUDGE, PRESIDING.  CLERK: MS
                  KING.  REPORTER: SUSAN FITZSIMMONS.  BAILIFF: 9:00 A.M.
                  SUPERIOR COURT J VERNA A ADAMS, JUDGE MS KING SUSAN
                  FITZSIMMONS.
                  NATURE OF PROCEEDINGS:  HEAR MOTION(S).
                DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER DAVID
                  BROWN.
                MOTION OF DEFENSE FOR/TO PURSUANT TO PC 170.6 IS
                  GRANTED.
                TRANSFERRED TO DEPARTMENT D.
                CONTINUED TO 01/24/2005 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- D FOR SET HEARING ON MOTION.
                ENTERED ON CJIS BY FK, DATE 01/20/2005.
                VACATE SET HEARING ON MOTION THAT WAS SET ON 01/24/2005
                  AT 9:06 A.M.
                CONTINUED TO 01/24/2005 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- D FOR SET PRELIMINARY HEARING.


01/24/05 09:06 ** HEARING HELD ON 01/24/05 AT 9:06 A.M. IN SUPERIOR COURT,
                  D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                  PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:06 A.M.
                  SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                  MAUREEN STEGER.
                  NATURE OF PROCEEDINGS:  SET PRELIMINARY HEARING.
                DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                ATTORNEY PD ED FARRELL, 977 APPEARED FOR DEFENDANT.
                COUNSEL ESTIMATE 2-3 HOURS FOR PRELIMINARY HEARING.
                DEFENDANT ORDERED TO APPEAR ON 02/25/2005 AT 1:36 P.M.
                  IN SUPERIOR COURT, D- D FOR PRELIMINARY HEARING.
                ENTERED ON CJIS BY SRP, DATE 01/24/2005.


01/25/05 11:55    THE SHERIFF'S DEPT. HAS ADVISED THE COURT THAT AN ORDER
                  RECALLING THE WARRANT OF ARREST ISSUED ON 10-8-04 HAS
                  NOT ISSUED AND THE SHERIFF'S DEPT. REQUIRES THE RECALL
                  IN ORDER TO RETURN THE SERVED WARRANT; THEREFORE, THE
                  CLERK'S OFFICE WILL PREPARE AN ORDER RECALLING THAT
                  WARRANT.
                ENTERED ON CJIS BY LAUTSCH, DATE 01/25/2005.


01/27/05 07:00    WARRANT OF ARREST RETURNED AND FILED.
```

```
J241481                                                         04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---       13:12
ORGANIZATION: MC                  CASE NO. SC130753A            PAGE  13
```

**************************************************************************
RECORD OF CASE EVENTS:


01/27/05 - CONTINUED
                    ENTERED ON CJIS BY CW, DATE 01/27/2005.


02/08/05 07:00    NOTICE OF MOTION FOR CONTINUANCE OF PRELIMINARY HEARING
                       FILED.
                  DECLARATION OF DEPUTY DISTRICT ATTORNEY LEON S.
                       KOUSHARIAN FILED.
                  HEARING SET ON 02/10/2005 AT 9:06 A.M. IN SUPERIOR COURT
                       , D- D FOR MTN TO CONTINUE.
                  ENTERED ON CJIS BY DN, DATE 02/09/2005.


02/10/05 09:06 ** HEARING HELD ON 02/10/05 AT 9:06 A.M. IN SUPERIOR COURT,
                       D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                       PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:06 A.M.
                       SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                       MAUREEN STEGER.
                       NATURE OF PROCEEDINGS:  MOTION TO CONTINUE.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  ATTORNEY PD ED FARRELL, 977 APPEARED FOR DEFENDANT.
                  MOTION FOR CONTINUANCE OF PRELIMINARY HEARING BY PEOPLE
                       IS GRANTED.  CONTINUED TO 03/11/2005 AT 1:36 P.M. IN
                       SUPERIOR COURT, D- D.
                  DEFENDANT TO PERSONALLY APPEAR.
                  VACATE PRELIMINARY HEARING THAT WAS SET ON 02/25/2005 AT
                       1:36 P.M.
                  DEFENDANT WANTS TO REPRESENT HIMSELF AND WILL PRESENT
                       OTHER MOTIONS.
                  DEFENDANT ORDERED TO APPEAR ON 03/03/2005 AT 9:06 A.M.
                       IN SUPERIOR COURT, D- D FOR MOTION.
                  ENTERED ON CJIS BY SRP, DATE 02/10/2005.


02/15/05 07:00    DOCUMENTS RECEIVED FROM DEFENDANT SUBMITTED TO JUDGE
                       GRAHAM WITH FILE.
                  ENTERED ON CJIS BY DN, DATE 02/15/2005.


02/16/05 07:00    DOCUMENTS AND FILE RETURNED BY JUDGE GRAHAM WITHOUT
                       INSTRUCTION, PER COURT ROOM CLERK OF JUDGE GRAHAM, SARA
                       PETERSON, DOCUMENTS SHOULD BE FILED AND FORWARDED COPIES
                       TO D.A. OFFICE.
                  NOTICE OF SELF REPRESENTATION FILED.
                  CERTIFICATE OF SERVICE FILED.
                  NOTICE OF HRARING ON MOTIONS TO DISMISS FOR LACK OF
                       PROPER VENUE AND TO DISMISS FOR FAILURE TO PRIVIDE A
                       SPEEDY TRIAL FILED.
                  NOTICE OF CONTINUANCE OF PRELIMINARY HEARING SCHEDULED
                       2/25/05 TO 3/11/05 FILED.
                  MOTION TO DISMISS FOR DENIAL OF SPEEDY TRIAL FILED.
                  POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS
                       FOR DENIAL OF A SPEEDY TRIAL FILED.

```
J241481                                                           04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---               13:12
ORGANIZATION: MC            CASE NO. SC130753A                    PAGE  14
```

**************************************************************************
RECORD OF CASE EVENTS:


02/16/05 - CONTINUED
                    MOTION TO DISMISS FOR LACK OF PROPER VENUE (TERRITORIAL
                      JURISDICTION) FILED.
                    POINTS AND AUTHORITIES IN SUPPORT OF A MOTION TO DISMISS
                      FOR LACK OF PROPER VENUE (TERRITORIAL JURISDICTION)
                      FILED.
                    ENTERED ON CJIS BY DN, DATE 02/16/2005.
                    CERTIFICATE OF SERVICE (DEFENDANT'S) FILED.
                    NOTICE OF HEARING FILED.
                    MOTION TO DISMISS FOR LEGAL IMPOSSIBILITY TO HAVE
                      VIOLATED 278.5A FILED.
                    POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DIMISS
                      FOR LEGAL IMPOSSIBILITY FILED.
                    ENTERED ON CJIS BY DN, DATE 02/16/2005.


02/24/05 07:00      DEFENDANT'S CERTIFICATE OF SERVICE FILED.
                    DEFENDANT'S REQUEST TO TAKE JUDICIAL NOTICE FILED.
                    ENTERED ON CJIS BY DN, DATE 02/28/2005.


02/28/05 07:00      DEMURRER TO THE COMPLAINT UNDER P.C. 1004 FILED.
                    NOTICE THAT ON MARCH 3, 2005 AT 9:00 A.M. THE DEMURRER
                      TO THE COMPLAINT UNDER P.C. 1004 WILL BE HEARD FILED.
                    NOTICE OF MOTION FOR DISMISSAL FOR LACK OF JURISDICTION
                      FILED.
                    POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS
                      FOR LACK OF SUBJECT MATTER JURISDICTION FILED.
                    ENTERED ON CJIS BY DN, DATE 02/28/2005.


03/03/05 09:06 **   HEARING HELD ON 03/03/05 AT 9:06 A.M. IN SUPERIOR COURT,
                      D- D.   HON. JOHN S GRAHAM, JUDGE, PRESIDING.   CLERK: MS
                      BELL.   REPORTER: MAUREEN STEGER.   BAILIFF: 9:06 A.M.
                      SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS BELL MAUREEN
                      STEGER.
                      NATURE OF PROCEEDINGS:   HEAR MOTION(S).
                    DEPUTY DISTRICT ATTORNEY A. CHARMATZ APPEARED.
                    DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER ED
                      FARRELL.
                    MOTION FARETTA FILED.
                    VOIR DIRE OF DEFENDANT'S COMPETENCY TO REPRESENT HIMSELF
                      .
                    DEFENDANT WISHES TO REPRESENT HIMSELF AND REQUEST
                      APPOINTMENT OF COUNSEL TO ASSIST ONLY.
                    DEFENDANT ADVISED AS TO THE PERILS, PITFALLS, DANGERS
                      AND DISADVANTAGES OF SELF-REPRESENTATION.
                    MATTER TO REMAIN AS SET.
                    (AS TO PRELIM. DATE OF 3/11/05).
                    DEFENDANT ORDERED TO APPEAR ON 03/04/2005 AT 9:06 A.M.
                      IN SUPERIOR COURT, D- D FOR MOTION /FURTHER FARETTA
                      HEARING.
                    ENTERED ON CJIS BY LB, DATE 03/02/2005.

```
J241481                                                      04/13/07
MARIN CJIS                --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC            CASE NO. SC130753A               PAGE  15
```

**************************************************************************
RECORD OF CASE EVENTS:


03/04/05 09:06 ** HEARING HELD ON 03/04/05 AT 9:06 A.M. IN SUPERIOR COURT,
                 D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                 BELL.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:06 A.M.
                 SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS BELL ELAINE
                 NINKOVICH.
                 NATURE OF PROCEEDINGS:  STATUS REPORT.
                 DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER E.
                 FARRELL.
                 AMENDED CHARGING DOCUMENT FILED.
                 (2ND AMENDED COMPLAINT FILED TO REFLECT DATES FROM JULY
                 18, 2003 THROUGH JULY 23, 2003).
                 COPY OF CHARGING DOCUMENT PROVIDED TO DEFENDANT.
                 DEFENDANT INFORMED OF THE CHARGE(S) ALLEGED.
                 MOTION FOR SELF-REPRESENTATION AND WAIVER OF RIGHTS TO
                 ASSISTANCE OF COUNSEL FILED.
                 DEFENDANT WAIVES RIGHT TO AN ATTORNEY.
                 DEFENDANT ADVISED AS TO THE PERILS, PITFALLS, DANGERS
                 AND DISADVANTAGES OF SELF-REPRESENTATION.
                 DEFENDANT WISHES TO REPRESENT HIMSELF; UNDERSTANDS
                 RIGHTS TO ATTORNEY AND COURT WILL APPOINT ATTORNEY IF
                 DEFENDANT CANNOT AFFORD ONE.  DEFENDANT KNOWINGLY AND
                 INTELLIGENTLY WAIVES COUNSEL.  COURT FINDS DEFENDANT
                 COMPETENT TO REPRESENT HIMSELF.
                 PUBLIC DEFENDER IS RELIEVED.
                 PUBLIC DEFENDER'S OFFICE TO TURN OVER ALL DISCOVERIES TO
                 DEFENDANT.
                 PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR
                 VIOLATION OF RIGHT TO A SPEEDY TRIAL.
                 PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR
                 LACK OF SUBJECT MATTER JURISDICTION.
                 PEOPLE'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR
                 LEGAL IMPOSSIBILITY.
                 PEOPLE'S OPPOSITION TO DEFENDANT'S REQUEST FOR JUDICIAL
                 NOTICE FILED.
                 MOTION FOR LACK OF VENUE AND JURISDICTION TO BE HELD IN
                 CONJUNCTION WITH PRELIMINARY HEARING.
                 MATTER TO REMAIN AS SET.
                 (AS TO PRELIM. DATE OF 3/11/05).
                 DEFENDANT INFORMS COURT THAT A DEMURRER WILL BE FILED.
                 MOTION OF DEFENDANT FOR/TO EXONERATE $25,000 IS GRANTED.
                 BALANCE OF $25,000 TO REMAIN WITH COURT.
                 ANY MOTION TO BE FILED 03/08/2005 ;RESPONSE BY
                 03/10/2005.
                 STIPULATE TO SERVICE BY FAX AT THE END OF BUSINESS DAY
                 3/8/05 @ 4:00P.M.
                 DEFENDANT ORDERED TO APPEAR ON 03/10/2005 AT 9:06 A.M.
                 IN SUPERIOR COURT, D- D FOR MOTION DEMURRER/MOTION FOR
                 SPEEDY TRIAL.

```
J241481                                                         04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---            13:12
ORGANIZATION: MC               CASE NO. SC130753A              PAGE  16

**************************************************************************
RECORD OF CASE EVENTS:

03/04/05 - CONTINUED
                    ENTERED ON CJIS BY LB, DATE 03/04/2005.


03/08/05 07:00      NOTICE OF HEARING ON DEMUR TO THE 2ND AMENDED COMPLAINT
                       FILED.
                    CERTIFICATE OF SERVICE OF DEMUR TO THE 2ND AMENDED
                       COMPLAINT, NOTICE AND POINTS AND AUTHORITIES FILED.
                    POINTS AND AUTHORITIES IN SUPPORT OF DEMUR TO THE 2ND
                       AMENDED COMPLAINT FILED.
                    ENTERED ON CJIS BY DN, DATE 03/08/2005.


03/10/05 08:00      $25000.00 EXON TO BECKER, INGRID UNDER MC13659.
                    ENTERED ON CJIS BY MAC, DATE 03/10/2005.
        09:06 **    HEARING HELD ON 03/10/05 AT 9:06 A.M. IN SUPERIOR COURT,
                       D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                       PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:06 A.M.
                       SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                       MAUREEN STEGER.
                       NATURE OF PROCEEDINGS:  HEAR MOTION(S).
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    DECLARATION OF LEON S. KOUSHARIAN IN SUPPORT OF PEOPLE'S
                       OPPOSITION TO DEFENDANT'S MOTION FOR VIOLATION OF RIGHT
                       TO SPEEDY TRIAL FILED.
                    FILED PEOPL'S OPPOSITION TO DEFENDANT'S DEMURRER TO THE
                       SECOND AMENDED COMPLAINT.
                    MOTION TO SUPPRESS RECORDING OF JULY 21, 2003 OF
                       CONFIDENTIAL CONVERSATION FILED.
                    PARTIES STATE POSITION AND ARGUMENT RE DEMURRER.
                    THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                    DEMURRER OVERRULED.
                    DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                    DEFENDANT WITHDRAWS REQUEST FOR DISTRICT ATTORNEY
                       KOUSHARIAN TO BE WITNESS.
                    JURIDICTION AND OTHER ISSUES TO BE CONSIDERED WITH
                       PRESENTATION OF EVIDENCE.
                    MATTER TO REMAIN AS SET.
                    COUNSEL ESTIMATE 2 HOURS FOR PRELIMINARY HEARING.
                    ENTERED ON CJIS BY SRP, DATE 03/10/2005.


03/11/05 07:00      CERTICATE OF SERVICE FILED.
                    RESPONSE TO PEOPLE'S OPPOSITION TO DEFENDANT'S MOTIONS
                       TO DISMISS FOR LACK OF SUBJECT MATTER, JURISDICTION AND
                       PROPER VENUE FILED.
                    RESPONSE TO PEOPLE'S OPPOSITION TO LEGAL IMPOSSIBILITY
                       MOTION TO DISMISS FILED.
                    RESPONSE TO PEOPLE'S OPPOSITION TO DEFENDANT'S SPEEDY
                       TRIAL MOTION FILED.
                    COPIES FORWARDED TO D.A. OFFICE.
                    ENTERED ON CJIS BY DN, DATE 03/11/2005.
```

```
J241481                                                    04/13/07
MARIN CJIS                   --- REGISTER OF ACTIONS ---    13:12
ORGANIZATION: MC                CASE NO. SC130753A          PAGE  17
```

**********************************************************************
RECORD OF CASE EVENTS:

03/11/05 - CONTINUED
          13:36 ** HEARING HELD ON 03/11/05 AT 1:36 P.M. IN SUPERIOR COURT,
                   D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                   BELL.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 1:36 P.M.
                   SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS BELL ELAINE
                   NINKOVICH.
                   NATURE OF PROCEEDINGS:  PRELIMINARY HEARING.
                   DEPUTY DISTRICT ATTORNEY LEON *KOUSHARIAN* APPEARED.
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   MOTION REDUCE THE COMPLAINT TO A MISDEMEANOR PURSUANT TO
                      PC 17B(5) FILED.
                   MOTION TO SUPPRESS AND MOTION TO REDUCE COMPLAINT
                      PURSUANT TO PC 17B(5) HELD IN CONJUNCTION WITH
                      PRELIMINARY HEARING.
                   PEOPLE'S #1 EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      CERTIFIED COPY OF REGISTRATION.
                   PEOPLE'S #2 EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      CERTIFIED COPY OF ORDER.
                   EXHIBITS #1 & #2 ADMITTED - SUBJECT TO ARGUMENTS.
                   CROSS-EXAMINATION.
                   WITNESS THANKED AND EXCUSED.
                   THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: D.A INSPECTOR, PATRICIA STAFFORD.
                   PEOPLE'S #3 EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      LETTER.
                   PEOPLE'S #4 EXHIBIT(S) MARKED FOR IDENTIFICATION:
                      PHOTOGRAPH OF DEFENDANT AND HIS CHILDREN.
                   PEOPLE'S #5 EXHIBIT(S) MARKED FOR IDENTIFICATION: TAPE,
                      DATED 7/21/04.
                   EXHIBIT #5 (TAPE) PLAYED IN OPEN COURT WITH A COPY OF
                      TRANSCRIPT PROVIDED TO DEFENDANT. (15 MINUTE TAPE).
                   DIRECT EXAMINATION RESUME OF INSPECTOR STAFFORD.
                   WITNESS THANKED AND EXCUSED.
                   THE FOLLOWING *WITNESSES SWORN* TO TESTIFY ON BEHALF OF
                      THE DEFENSE: JOHN A. OLAGUES.
                   DEFENSE "A" EXHIBIT(S) MARKED FOR IDENTIFICATION: 1 PAGE
                      DOCUMENT.
                   DEFENSE "B" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      2 PAGE DOCUMENT - LETTER.
                   DEFENSE "C" EXHIBIT(S) MARKED FOR IDENTIFICATION: 5 PAGE
                      DOCUMENT - NON REMOVAL ORDER DATED 12/21/2000.
                   DEFENSE "C" EXHIBIT(S) ADMITTED IN EVIDENCE: 5 PAGE
                      DOCUMENT - NON REMOVAL ORDER DATED 12/21/2000 (OVER
                      PEOPLE'S OBJECTION).
                   DEFENSE "D" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      INTERIM JOINT CUSTODY ORDER.
                   DEFENSE "E" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      FAMILY COURT ORDER DATED 5/15/02.
                   DEFENSE "F" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      CERTIFIED AFFIDAVID OF CHARLOTTE JENSEN.

```
J241481                                                          04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC                CASE NO. SC130753A               PAGE  18
```

**********************************************************************
RECORD OF CASE EVENTS:

03/11/05 - CONTINUED
                    DEFENSE "G" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      APPLICATION FOR REMOVAL.
                    DEFENSE "H" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      DECLARATION OF INSPECTOR STAFFORD.
                    DEFENSE "I" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      HAGUE CONVICTION DOCUMENT.
                    DEFENSE "J" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      INTERNATIONAL CHILD ABDUCT ACT.
                    DEFENSE "K" EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      2 PAGE DOCUMENT - UNIFORM ACT.
                    DEFENSE "L" EXHIBIT(S) MARKED FOR IDENTIFICATION: LETTER
                      FROM MINISTRY OF JUSTICE TO DEFENDANT.
                    DEFENSE "M" EXHIBIT(S) MARKED FOR IDENTIFICATION:
                      FEDERAL APPEAL DECISION.
                    DEFENDANT KNOWINGLY, INTELLIGENTLY AND VOLUNTARILY
                      WAIVES SINGLE SESSION RULE TO COMPLETE PRELIMINARY
                      HEARING.
                    DEFENDANT ORDERED TO APPEAR ON 03/14/2005 AT 10:00 A.M.
                      IN SUPERIOR COURT, D- D FOR FURTHER HEARING ON PETITION.
                    ENTERED ON CJIS BY LB, DATE 03/11/2005.

03/14/05 10:00 ** HEARING HELD ON 03/14/05 AT 10:00 A.M. IN SUPERIOR COURT
                    , D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK:
                    MS PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 10:00
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    MAUREEN STEGER.
                    NATURE OF PROCEEDINGS:  FURTHER PRELIMINARY HEARING.
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    FILED DEFENDANT'S MOTION TO DISMISS.
                    FILED ATTACHMENT TO 17B MOTION.
                    DEFENDANT TESTIFIES AND IS CROSS EXAMINED BY THE PEOPLE.
                    DEFENDANT'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                      N - 6-4-03 FAX.
                    DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: O -
                      6-20-03 ORDER.
                    EXHIBIT O WITHDRAWN AS IT IS THE SAME AS EXHIBIT A.
                    PORTIONS OF EXHIBIT 5 RE-PLAYED.
                    PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 5.
                    DEFENDANT'S EXHIBIT(S) ADMITTED IN EVIDENCE: A.
                    EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                    PARTIES STATE POSITION AND ARGUMENT RE MOTION TO DISMISS
                      DUE TO LEGAL IMPOSSIBILITY.
                    MOTION OF DEFENDANT'S FOR/TO DISMISS DUE TO LEGAL
                      IMPOSSIBILITY IS DENIED.
                    PARTIES STATE POSITION AND ARGUMENT RE MOTION TO DISMISS
                      DUE TO LACK OF JURISDICTION.
                    RECESS DECLARED AT 12:00 P.M..
                    COURT RECONVENED AT 2:00 P.M..

```
J241481                                                        04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC                CASE NO. SC130753A             PAGE  19
```

**************************************************************************
RECORD OF CASE EVENTS:


03/14/05 - CONTINUED
                    COURT FINDS EVIDENCE JUSTIFIES THE INFERENCE THAT
                      DEFENDANT HAD A PLAN TO TAKE THE CHILDREN AND NOT BRING
                      THEM BACK.
                    MOTION OF DEFENDANT'S FOR/TO DISMISS FOR LACK OF
                      JURISDICTION IS DENIED.
                    PARTIES STATE POSITION AND ARGUMENT RE DISMISSAL FOR
                      LACK OF SPEEDY TRIAL.
                    COURT FINDS NO UNREASONABLE DELAY TO BRING MATTER TO
                      TRIAL.  ANY DELAY IS ATTRIBUTABLE TO DEFENDANT.
                    MOTION OF DEFENDANT'S FOR/TO DISMISS FOR LACK OF SPEEDY
                      TRIAL IS DENIED.
                    MOTION OF DEFENDANT'S FOR/TO SUPPRESS TAPE IS DENIED.
                    PARTIES STATE POSITION AND ARGUMENT RE HOLDING ORDER.
                    PARTIES STATE POSITION AND ARGUMENT RE MOTION TO REDUCE
                      *CHARGES TO MISDEMEANORS.*
                    DEFENDANT SWORN AND TESTIFIES.
                    ARGUMENT CONTINUES.
                    THE COURT FINDS SUFFICIENT CAUSE TO BELIEVE THAT THE
                      NAMED DEFENDANT HAS COMMITTED THE OFFENSE CHARGED AND
                      ORDERS THE DEFENDANT HELD TO ANSWER TO THE CHARGES IN
                      THE SUPERIOR COURT AS TO COUNT 1.
                    MOTION OF DEFENDANT'S FOR/TO REDUCE CHARGE TO
                      MISDEMEANOR IS DENIED.
                    DENIED WITHOUT PREJUDICE.
                    DEFENDANT SET FOR ARRAIGNMENT IN *THE SUPERIOR COURT* ON
                      03/28/2005 AT 9:00 A.M. IN SUPERIOR COURT, D- D.
                    DEFENDANT TO PERSONALLY APPEAR.
                    EXHIBITS TO BE RETURNED ON NEXT COURT DATE.
                    ENTERED ON CJIS BY SRP, DATE 03/14/2005.


03/24/05 07:00      REPORTER'S TRANSCRIPT DATED 03/14/2005, REPORTER MAUREEN
                      STEGER, FILED.
                    ENTERED ON CJIS BY DN, DATE 03/24/2005.
                    REPORTER'S TRANSCRIPT DATED 03/11/2005, REPORTER ELAINE
                      H. NINKOVICH, FILED.
                    ENTERED ON CJIS BY DN, DATE 03/24/2005.


03/28/05 07:00      MOTION TO SET ASIDE THE INFORMATION UNDER P.C.
                      995(A)(2)(B) FILED.
                    DECLARATION IN SUPPORT OF MOTION TO SET ASIDE THE
                      INFORMATION UNDER P.C. CODE 995(A)(2)(B) FILED.
                    ENTERED ON CJIS BY DN, DATE 04/01/2005.
         09:00 **   HEARING HELD ON 03/28/05 AT 9:00 A.M. IN SUPERIOR COURT,
                      *D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS*
                      PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00 A.M.
                      SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                      MAUREEN STEGER.
                    INFORMATION FILED.
                 ** NATURE OF PROCEEDINGS:  ARRAIGNMENT IN SUPERIOR COURT.

```
J241481                                                      04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC                CASE NO. SC130753A           PAGE  20

**********************************************************************
RECORD OF CASE EVENTS:

03/28/05 - CONTINUED
                DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                DEFENDANT APPEARED WITHOUT COUNSEL.
                DEFENDANT INFORMED OF THE CHARGE(S) ALLEGED.
                DEFENDANT DEMANDS TRIAL BY JURY.
                ANY MOTION TO BE FILED 03/28/2005 ;RESPONSE BY
                  04/01/2005.
                DISCOVERY REQUEST SERVED.
                DEMUR TO THE INFORMATION FILELDL.
                MOTION FOR A BILL OF PARTICULARS FILED.
                MOTION TO DISMISS INFORMATION FOR LACK OF VENUE FILED.
                FINGERPRINT CARD FILED.
                DEFENDANT ORDERED TO APPEAR ON 04/01/2005 AT 9:00 A.M.
                  IN SUPERIOR COURT, D- D FOR HEARING ON DEMURRER.
                OR ENTRY OF PLEA.
                ENTERED ON CJIS BY SRP, DATE 03/30/2005.

03/30/05 07:00  NOTICE OF MOTION TO DISMISS INFORMATION FOR LACK OF
                  VENUE FILED.
                MOTION TO DISMISS INFORMATION FOR LACK OF VENUE FILED.
                POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS
                  INFORMATION FOR LACK OF VENUE FILED.
                OLAGUES'S POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO
                  SET ASIDE THE INFORMATION UNDER P.C. CODE 995(A)(2)(B)
                  FILED.
                CERTIFICATE OF SERVICE FILED.
                ENTERED ON CJIS BY DN, DATE 04/01/2005.

04/01/05 09:00 ** HEARING HELD ON 04/01/05 AT 9:00 A.M. IN SUPERIOR COURT,
                  D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                  PETERSON.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:00
                  A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                  ELAINE NINKOVICH.
                  NATURE OF PROCEEDINGS:  ENTRY OR CHANGE OF PLEA.
                DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                DEFENDANT APPEARED WITHOUT COUNSEL.
                MOTION TO SUPPLEMENT MOTION TO SET ASIDE THE INFORMATION
                  FILED.
                PARTIES STATE POSITION AND ARGUMENT RE MOTIONS.
                THE COURT MAKES THE FOLLOWING FINDINGS AND/OR ORDERS:
                DEMURRER OVERRULED.
                MOTION OF DEFENDANT'S FOR/TO DISMISS FOR LACK OF VENUE
                  IS DENIED.
                MOTION OF DEFENDANT'S FOR/TO BILL OF PARTICULARS IS
                  DENIED.
                DEFENDANT DEMANDS TRIAL BY JURY.
                ESTIMATED LENGTH OF TRIAL: 8 DAYS.
                THIS TRIAL COULD BE MORE LENGTHY DUE TO PRO PER STATUS.
                ANY MOTION TO BE FILED 04/15/2005 ;RESPONSE BY
                  05/13/2005.
```

```
J241481                                                      04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC            CASE NO. SC130753A               PAGE  21
```

**************************************************************************
RECORD OF CASE EVENTS:

04/01/05 - CONTINUED
                  DEFENDANT WAIVES TIME FOR TRIAL.
                  DEFENDANT ENTERED A PLEA OF NOT GUILTY TO ALL COUNTS.
                  DEFENDANT ORDERED TO APPEAR ON 05/18/2005 AT 9:01 A.M.
                    IN SUPERIOR COURT, D- D FOR MOTION FOR TRIAL.
                  DEFENDANT ORDERED TO APPEAR ON 05/18/2005 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- O FOR MTN SET ASIDE INFO PC 995.
                  DEFENDANT ORDERED TO APPEAR ON 06/13/2005 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- D FOR MTN IN LIMINE.
                  DEFENDANT ORDERED TO APPEAR ON 06/14/2005 AT 9:30 A.M.
                    IN SUPERIOR COURT, D- D FOR JURY TRIAL.
                  ENTERED ON CJIS BY SRP, DATE 04/01/2005.

04/11/05 07:00    CORRECTION OF TESTIMONY AS PER THE TRANSCRIPT OF MARCH
                    14, 2005 RECEIVED AND LODGED IN FILE.
                  ENTERED ON CJIS BY DN, DATE 04/11/2005.

04/12/05 07:00    MOTION TO TAKE JUDICIAL NOTICE (DEFENDANT'S) FILED.
                  ENTERED ON CJIS BY DN, DATE 04/13/2005.

04/19/05 07:00    CERTIFICATE OF SERVICE FILED.
                  NOTICE OF MOTION TO DISMISS INFORMATION FOR LACK OF
                    SUBJECT MATTER JURISDICTION FILED.
                  POINTS AND AUTHORITIES IN SUPPORT OF MOTION TO DISMISS
                    INFORMATION FOR LACK OF SUBJECT MATTER JURISDICTION
                    FILED.
                  ENTERED ON CJIS BY DN, DATE 04/19/2005.

04/29/05 07:00    SECOND SUPPLEMENT TO MOTION UNDER PENAL CODE SECTION 995
                    FILED.  COPY MAILED BACK TO DEFENDANT.
                  ENTERED ON CJIS BY DN, DATE 04/29/2005.

05/13/05 07:00    OPPOSITION TO TO DEFENDANT'S MOTION TO DISMISS (PENAL
                    CODE SECTION 995) (PEOPLE'S) FILED.
                  OPPOSITION TO DEFENDANT'S MOTION TO DISMISS FOR LACK OF
                    SUBJECT MATTER JURISDICTION (PEOPLE'S) FILED.
                  ENTERED ON CJIS BY DN, DATE 05/16/2005.

05/18/05 09:00 ** HEARING HELD ON 05/18/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    MAUREEN STEGER.
                  NATURE OF PROCEEDINGS:  HEAR MOTION(S).
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  PARTIES STATE POSITION AND ARGUMENT RE MOTION TO DISMISS
                    .
                  MOTION OF DEFENDANT'S FOR/TO DISMISS IS DENIED.
                  PARTIES STATE POSITION AND ARGUMENT RE JUDICIAL NOTICE.

```
J241481                                                          04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC               CASE NO. SC130753A               PAGE  22
```

**********************************************************************
RECORD OF CASE EVENTS:

05/18/05 - CONTINUED
                    MOTION OF DEFENDANT'S FOR/TO TAKE JUDICIAL NOTICE IS
                       GRANTED.
                    JUDICIAL NOTICE TO BE TAKEN INTO CONSIDERATION AT TIME
                       OF MOTIONS IN LIMINE.
                    MOTION OF DEFENDANT'S FOR/TO COURT TO PAY FOR EXPENSES
                       OF HIS WITNESSES IS DENIED.
                    COURT ADVISES DEFENDANT TO  MAKE APPLICATION IN PROPER
                       FORM.
                    MOTION OF DEFENDANT'S FOR/TO HAVE LEON KOUSHARIAN BE A
                       WITNESS AT TRIAL IS DENIED.
                    DEFENDANT ORDERED TO APPEAR ON 05/19/2005 AT 9:00 A.M.
                       IN SUPERIOR COURT, D- D FOR MTN TO CONTINUE.
                    ENTERED ON CJIS BY SRP, DATE 05/18/2005.
              ** HEARING HELD ON 05/18/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- O.  HON. LYNN O TAYLOR, JUDGE, PRESIDING.  CLERK: MS
                    BELL.  REPORTER: VICTORIA DUBIEL.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT O LYNN O TAYLOR, JUDGE MS BELL VICTORIA
                    DUBIEL.
                    NATURE OF PROCEEDINGS:  MOTION TO SET ASIDE THE
                    INFORMATION PURSUANT TO PC 995.
                    DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    PC 995 MOTION ARGUEDAND SUBMITTED.
                    MOTION TO SET ASIDE INFORMATION PURSUANT TO PC 995 IS
                       SUBMITTED ON PRELIMINARY HEARING TRANSCRIPT.
                    MOTION TO SET ASIDE INFORMATION PURSUANT TO PC 995 IS
                       *DENIED.*
                    TRANSFERRED TO DEPARTMENT DEPT "D".
                    ENTERED ON CJIS BY LB, DATE 05/18/2005.

05/19/05 09:00 ** HEARING HELD ON 05/19/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    MAUREEN STEGER.
                    NATURE OF PROCEEDINGS:  MOTION TO CONTINUE.
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    DEFENDANT LEFT MESSAGE WITH D.A. STATING HE WOULD NOT BE
                       REQUESTING A CONTINUANCE.
                    MATTER ORDERED OFF CALENDAR.
                    MATTER TO REMAIN AS SET.
                    ENTERED ON CJIS BY SRP, DATE 05/19/2005.

05/20/05 07:00    REPLY TO THE PEOPLE'S OPPOSITION TO DEFENDANT'S 995
                     MOTION FILED.
                  REPLY TO THE PEOPLE'S OPPOSITION TO DEFENDANT'S LACK OF
                     JURISDICTION MOTION FILED.
                  ENTERED ON CJIS BY DN, DATE 06/01/2005.

```
J241481                                                      04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC               CASE NO. SC130753A            PAGE  23
```

*********************************************************************
RECORD OF CASE EVENTS:


06/01/05 07:00    COPY OF PETITION FOR WRIT OF PROHIBITION AND REQUEST FOR
                    STAY OF TRIAL RECEIVED AND LODGED IN FILE.
                  ENTERED ON CJIS BY DN, DATE 06/09/2005.

06/06/05 07:00    COPY OF DENIAL OF PETITION FOR WRIT OF PROHIBITION
                    RECEIVED FROM COURT OF APPEAL LODGED IN FILE.
                  ENTERED ON CJIS BY DN, DATE 06/08/2005.


06/13/05 09:00 ** HEARING HELD ON 06/13/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:00
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    ELAINE NINKOVICH.
                    NATURE OF PROCEEDINGS:  MOTION IN LIMINE.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  FILED PEOPLE'S WITNESS LIST, MOTIONS IN LIMINE, SPECIAL
                    JURY INSTRUCTION AND PROPOSED QUESTIONS FOR THE JURY
                  FILED NOTICE OF HEARING ON DEMAND FOR A TRIAL BY A JURY
                    OF THE STATE "WHEREIN THE CRIME SHALL HAVE BEEN
                    COMMITTED" UNDER THE 6TH AMENDMENT OF THE CONSTITUTION,
                    AND MOTION WITH PROOF OF SERVICE
                  DEFENDANT'S DEMAND FOR A TRIAL BY A JURY OF THE STATE
                    "WHEREIN THE CRIME SHALL HAVE BEEN COMMITTED" UNDER THE
                    6TH AMENDMENT OF THE CONSTITUTION DENIED AS A
                    RESTATEMENT OF JURISDICTION MOTIONS
                  PEOPLE'S MOTION IN LIMINE NUMBER 1 GRANTED
                  FAMILY COURT DECISION DATED 6-10-05 BY JUDGE TH DRUCE
                    LODGED IN COURT'S FILE.
                  SEE REPORTER'S TRANSCRIPT OF RULINGS RE MOTIONS IN
                    LIMINE.
                  MOTION OF DEFENDANT FOR/TO REDUCE CHARGE TO MISDEMEANOR
                    IS DENIED.
                  MOTION OF DEFENDANT FOR/TO ASSISTANCE OF PUBLIC DEFENDER
                    DURING TRIAL IS DENIED.
                  COURT AND COUNSEL DISCUSS EXHIBITS, VOIR DIRE, COURT
                    PROCEDURE
                  EXHIBIT(S) 2,3 RETURNED TO PEOPLE UPON STIPULATION OF
                    COUNSEL.
                  EXHIBITIS RETURNED TO PEOPLE ARE FROM PRELIMINARY
                    HEARING
                  MATTER TO REMAIN AS SET.
                  ENTERED ON CJIS BY SRP, DATE 06/13/2005.


06/14/05 09:36 ** HEARING HELD ON 06/14/05 AT 9:36 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK:
                    CASI HOBBS.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:36
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE CASI HOBBS
                    MAUREEN STEGER.
```

```
J241481                                                        04/13/07
MARIN CJIS               --- REGISTER OF ACTIONS ---           13:12
ORGANIZATION: MC            CASE NO. SC130753A                 PAGE  24

**********************************************************************
RECORD OF CASE EVENTS:


06/14/05 - CONTINUED
                NATURE OF PROCEEDINGS:  JURY TRIAL.
                DEPUTY DISTRICT ATTORNEY LEON KOURSHIAN APPEARED.
                DEFENDANT APPEARED WITHOUT COUNSEL.
                THIS MATTER COMING ON REGULARLY FOR 1ST DAY OF JURY
                  TRIAL.
                COURT AND COUNSEL DISCUSS NUMEROUS ITEMS DISCLOSED BY
                  DEFENDANT, TODAY TO MR. KOURSHIAN THAT DEFENDANT INTENDS
                  TO PRESENT AT TRIAL, OUT OF PRESENCE OF THE JURY.
                MR. KOURHAIN OBJECTS AND REQUESTS THE COURT ORDER
                  DEFENDANT NOT BE ALLOWED TO PRESENT SAID EVIDENCE.
                COURT WILL NOT ALLOW DEFENDANT TO PRESENT ANY EVIDENCE
                  RE: BENNINGTON PLEADINGS.
                MR. KOURSHIAN ADDRESSES COURT RE: TAPE RECORDING OF THE
                  COURT PROCEEDINGS INVOLVING JUDGE SMITH.  DEFENDANT
                  APPEARED BY TELEPHONE FROM STATE OF LOUISANA.
                COURT RULES THAT TAPE RECORDING NOT BE MENTIONED IN
                  FRONT OF JURY, IF SOMETHING DEVELOPS DURING THE COURSE
                  OF TRIAL COURT SHALL BE ALERTED.  TAPE RECORDING IS NOT
                  RELEVANT.
                COURT STATES IT MAY LOOK AT THE BARBARA GREG LETTER
                  BASED ON EVIDENCE PRESENTED.
                MR. KOURSHAIN ADDRESSES CERTAIN QUESTIONS DEFENDANT
                  WOULD LIKE TO SOLICATE FROM SGT. FROM JEFFERSON COUNTY
                  POLICE DEPARTMENT THAT PEOPLE WILL BE CALLING AS WITNESS
                  .
                COURT WILL ALLOW DEFENDANT TO QUESTION WITNESS, OUT OF
                  PRESENCE OF JURY RE: MISCONDUCT SAID WITNESS MAY BE
                  AWARE OF.
                AT 10:11 AM.
                ALL PROSPECTIVE JURORS PRESENT IN COURT.
                AT 10:21 A.M. A PANEL OF 80 PROSPECTIVE JURORS WERE
                  SWORN TO ANSWER QUESTIONS AS TO THEIR QUALIFICATIONS TO
                  ACT AS TRIAL JURORS.
                THE COURT INFORMS THE PROSPECTIVE JURORS AS TO THE
                  NATURE OF THE ABOVE ENTITLED CAUSE.
                DISTRICT ATTORNEY, DEFENDANT'S COUNSEL, DEFENDANT ARE
                  INTRODUCED.
                NAMES OF PROSPECTIVE WITNESSES GIVEN.
                REQUEST FOR VOIR DIRE QUESTIONS OF POTENTIAL JURORS BY
                  DEFENDANT FILED.
                PEREMPTORY CHALLENGES BY COUNSEL.
                RECESS DECLARED AT 11:54 A.M..
                COURT ADMONISHED JURY.
                ALL PROSPECTIVE JURORS ARE ORDERED TO RETURN AT 1:30 PM.
                COURT RECONVENED AT 1:40 P.M..
                ALL PROSPECTIVE JURORS PRESENT IN COURT.
                IMPANELMENT RESUMES.
                PEREMPTORY CHALLENGES BY COUNSEL.
```

```
J241481                                                      04/13/07
MARIN CJIS              --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC            CASE NO. SC130753A               PAGE  25
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

RECORD OF CASE EVENTS:


06/14/05 - CONTINUED
                   AT 2:14 PM COURT EXCUSES ALL PROSPECTIVE JURORS EXCEPT
                      ONE (1) TO ALLOW COURT AND COUNSEL TO CONDUCT VOIR DIRE
                      OUT OF PRESENCE OF ENTIRE PANAL OF PROSPECTIVE JURORS.
                   COURT ADMONISHED JURY.
                   ONLY INDIVIDUALS PRESENT IS DEPUTY DISTRICT ATTORNEY,
                      DEFENDANT IN PROPRIA PERSONA AND ONE (1) PROSPECTIVE
                      JUROR.
                   COURT ADDRESSES PROSPECTIVE JUROR RE: VOIR DIRE
                      CONDUCTED BY DEFENDANT.
                   AT 2:19 PM ALL PROSPECTIVE JURORS RETURN TO COURTROOM.
                      ALL PARTIES AS PREVIOUSLY INDICATED ARE PRESENT IN COURT
                      .
                   PEREMPTORY CHALLENGES BY COUNSEL.
                   RECESS DECLARED AT 2:51 P.M..
                   COURT ADMONISHED JURY.
                   ALL PROSPECTIVE JURORS ARE EXCUSED WITH THE EXCEPTION OF
                      ONE (1) AS COUNSEL FOR BOTH PARTIES CONDUCT VOIR DIRE
                      OUT OF THE PRESENCE OF THE JURY PANAL.
                   DISTRICT ATTORNEY, DEFENDANT, COURT PERSONNEL AND ONE
                      (1) PROSPECTIVE JUROR REMAIN IN COURTROOM.
                   PROSPECTIVE JUROR INFORMS COURT RE: INFORMATION UNABLE
                      TO REVEAL IN FRONT OF ENTIRE JURY PANAL.
                   RECESS DECLARED FOR ALL PARTIES AT 3:01 PM.
                   COURT RECONVENED AT 3:11 P.M..
                   ALL PROSPECTIVE JURORS PRESENT IN COURT.
                   PEREMPTORY CHALLENGES BY COUNSEL.
                   AT 4:00 PM - COUNSEL FOR BOTH PARTIES ARE SATISFIED WITH
                      12 JURORS AND 1 ALTERNATE JUROR.
                   COURT ADMONISHED JURY.
                   JURY PANAL OF 12 JURORS AND 1 ALTERNATE ARE EXCUSED
                      UNTIL 9:30 AM TOMORROW, 06/15/05.
                   COURT AND COUNSEL DISCUSS SCHEDULING, GROUND RULES AND
                      PROCEDURES, OUT OF PRESENCE OF THE JURY.
                   DEFENDANT ORDERED TO APPEAR ON 06/15/2005 AT 9:30 A.M.
                      IN SUPERIOR COURT, D- D FOR FURTHER JURY TRIAL.
                   ENTERED ON CJIS BY CLH, DATE 06/14/2005.


06/15/05 09:30 ** HEARING HELD ON 06/15/05 AT 9:30 A.M. IN SUPERIOR COURT,
                      D- D.   HON. JOHN S GRAHAM, JUDGE, PRESIDING.   CLERK: MS
                      PETERSON.  REPORTER: MAUREEN STEGER.   BAILIFF: 9:30 A.M.
                      SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                      MAUREEN STEGER.
                      NATURE OF PROCEEDINGS:  FURTHER JURY TRIAL.
                   DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   THIS MATTER COMING ON REGULARLY FOR 2ND DAY OF JURY
                      TRIAL.
                   COURT AND COUNSEL DISCUSS CHARTS, AUDIO TAPE, OPENING
                      STATEMENTS, OUT OF PRESENCE OF THE JURY.
```

```
J241481                                                    04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---    13:12
ORGANIZATION: MC              CASE NO. SC130753A           PAGE  26
```

**************************************************************************
RECORD OF CASE EVENTS:

06/15/05 - CONTINUED
                    ALL JURORS PRESENT IN COURT.
                    JURORS ARRIVE AT 9:45
                    UPON ORDER OF THE COURT, THE FOLLOWING PERSONS ARE DULY
                      SWORN TO ACT AS TRIAL JURORS:
                    REFER TO THE JURY SEATING CHART FOR THE NAMES OF THE 12
                      JURORS SWORN.
                    UPON ORDER OF THE COURT, THE FOLLOWING PERSON(S) ARE
                      DULY SWORN TO ACT AS ALTERNATE TRIAL JUROR(S).
                    REFER TO THE JURY SEATING CHART FOR THE NAME(S) OF THE 1
                      ALTERNATE JURORS SWORN.
                    COUNSEL FOR THE PEOPLE MAKES OPENING STATEMENT ON BEHALF
                      OF THE PEOPLE.
                    COUNSEL FOR THE DEFENDANT MAKES OPENING STATEMENT ON
                      BEHALF OF THE DEFENDANT.
                    COURT ADMONISHED JURY.
                    RECESS DECLARED AT 10:35 A.M..
                    COURT RECONVENED AT 10:50 A.M..
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: CHARLOTTE JENSEN.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 1 -
                      CERTIFIED SANTA CLARA COUNTY COPY OF NEW ZEALAND COURT
                      ORDER.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 2 -
                      CERTIFIED COPY COURT ORDER.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 3 -
                      2 PAGE COURT ORDER.
                    PEOPLE'S EXHIBIT(S) MARKED FOR IDENTIFICATION: 4 - 1
                      PAGE LETTER DATED 6-17-03.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 5 -
                      1 PAGE ORDER DATED 6-20-03.
                    COUNSEL STIPULATE THERE WAS AN EXCHANGE OF E-MAILS TO
                      CHANGE DATES OF VISITATION.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 6 -
                      AUDIO TAPE.
                    TRANSCRIPTS OF AUDIO TAPE GIVEN TO JURORS
                    TAPE PLAYED FOR JURORS
                    DEFENDANT STATES HE BELIEVES TAPE HAS BEEN EDITED
                    COURT ADMONISHED JURY.
                    RECESS DECLARED AT 12:05 P.M..
                    COURT RECONVENED AT 1:40 P.M..
                    WITNESS JENSEN RESUMES THE STAND TO TESTIFY AND IS
                      REMINDED SHE IS STILL UNDER OATH
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 7 -
                      FLIGHT TICKET FOLDER.
                    PEOPLE'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE: 8 -
                      FLIGHT TICKET FOLDER.
                    DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: A -
                      12-21-2002 MCMEEKEN ORDER.

```
J241481                                                        04/13/07
MARIN CJIS                --- REGISTER OF ACTIONS ---          13:12
ORGANIZATION: MC              CASE NO. SC130753A               PAGE  27
```

**********************************************************************
RECORD OF CASE EVENTS:

06/15/05 - CONTINUED
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: B - 5
                    PAGE ORDER DATED 1-7-01.
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: C -
                    BOARD WITH 3 MONTH'S OF CALENDARS.
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: D - 3
                    PAGE MEMORANDUM DATED 5-15-02.
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: E - 2
                    PAGE LETTER DATED 4-26-02.
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: F - 1
                    PAGE LETTER 5-25-01.
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: G - 1
                    PAGE LETTER DATED 4-9-03.
                  COURT ADMONISHED JURY.
                  RECESS DECLARED AT 3:07 P.M..
                  COURT AND COUNSEL DISCUSS SCHEDULING, ADMONISHMENT RE
                    RELEVANCE OF TESTIMONY, OUT OF PRESENCE OF THE JURY.
                  COURT RECONVENED AT 3:35 P.M..
                  WITNESS JENSEN RESUMES THE STAND TO TESTIFY AND COURT
                    REMINDS HER SHE IS STILL UNDER OATH
                  DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: H -
                    COLOR PHOTOCOPY.
                  DEFENDANT'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                    I - COLOR PHOTOCOPY.
                  DEFENDANT'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                    J - COLOR PHOTOCOPY.
                  DEFENDANT'S EXHIBIT(S) MARKED AND ADMITTED IN EVIDENCE:
                    K - COLOR PHOTOCOPY.
                  WITNESS EXCUSED
                  COURT ADMONISHED JURY.
                  RECESS DECLARED AT 4:10 P.M..
                  DEFENDANT ORDERED TO APPEAR ON 06/16/2005 AT 9:30 A.M.
                    IN SUPERIOR COURT, D- D FOR FURTHER JURY TRIAL.
                  COURT AND COUNSEL DISCUSS EXHIBITS, JURY INSTRUCTIONS,
                    SCHEDULING, OUT OF PRESENCE OF THE JURY.
                  PEOPLE'S EXHIBIT(S) ADMITTED IN EVIDENCE: 4.
                  EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                  ENTERED ON CJIS BY SRP, DATE 06/15/2005.

06/16/05 09:30 ** HEARING HELD ON 06/16/05 AT 9:30 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:30 A.M.
                    SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    MAUREEN STEGER.
                    NATURE OF PROCEEDINGS:  FURTHER JURY TRIAL.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  THIS MATTER COMING ON REGULARLY FOR 3RD DAY OF JURY
                    TRIAL.
                  COURT AND COUNSEL DISCUSS 402 HEARING, OUT OF PRESENCE
                    OF THE JURY.
```

```
J241481                                                       04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC               CASE NO. SC130753A             PAGE  28
```

**********************************************************************
RECORD OF CASE EVENTS:

06/16/05 - CONTINUED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: JASON MITCHELL.
                    COURT FINDS NO CONTACT BETWEEN WITNESS AND INVESTIGATION
                      OF PERSONEL IN LOUISIANA.  DEFENDANT MAY NOT BRING
                      SUBJECT BEFORE JURY
                    COURT AND COUNSEL DISCUSS EXHIBITS, SCHEDULING, OUT OF
                      PRESENCE OF THE JURY.
                    RECESS DECLARED AT 9:20 A.M..
                    COURT RECONVENED AT 10:00 A.M..
                    ALL JURORS PRESENT IN COURT.
                    JURORS ARRIVE AT 10 A.M
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE PROSECUTION: JASON MITCHELL.
                    WITNESS EXCUSED
                    EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                    PEOPLE REST.
                    COURT ADMONISHED JURY.
                    RECESS DECLARED AT 10:20 A.M..
                    COURT RECONVENED AT 10:40 A.M..
                    COURT AND COUNSEL DISCUSS DEFENDANT'S RIGHT NOT TO
                      TESTIFY.  DEFENDANT STATES IT IS HIS DESIRE TO TESTIFY,
                      OUT OF PRESENCE OF THE JURY.
                    JURORS NOW PRESENT
                    DEFENDANT'S EXHIBIT(S) MARKED FOR IDENTIFICATION: L -
                      DISTRICT ATTORNEY'S VERSION OF VIDEO TAPE.
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE DEFENSE: JOHN OLAGUES.
                    TAPE PLAYED FOR JURY
                    COURT ADMONISHED JURY.
                    RECESS DECLARED AT 12:05 P.M..
                    COURT AND COUNSEL DISCUSS SCHEDULING, WITNESSES, JURY
                      INSTRUCTIONS, LESSER AND INCLUDED CHARGE, PEOPLE'S
                      SPECIAL INSTRUCTION, OUT OF PRESENCE OF THE JURY.
                    COURT RECONVENED AT 1:40 P.M..
                    WITNESS OLAGUES TAKES THE STAND TO TESTIFY ON CROSS
                      EXAMINATION AND COURT REMINDS HIM HE IS STILL UNDER OATH
                    WITNESS IS EXCUSED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE DEFENSE: ROBERT BECKER.
                    WITNESS EXCUSED
                    THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE DEFENSE: INGRID ARNDT BECKER.
                    WITNESS EXCUSED
                    DEFENSE RESTS.
                    COURT ADMONISHED JURY.
                    JURORS EXCUSED UNTIL MONDAY
                    DEFENDANT ORDERED TO APPEAR ON 06/20/2005 AT 9:30 A.M.
                      IN SUPERIOR COURT, D- D FOR FURTHER JURY TRIAL.
                    COURT AND COUNSEL DISCUSS JURY INSTRUCTIONS, EXHIBITS,
                      OUT OF PRESENCE OF THE JURY.

```
J241481                                                         04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---       13:12
ORGANIZATION: MC                  CASE NO. SC130753A            PAGE  29
```

**************************************************************************
RECORD OF CASE EVENTS:


06/16/05 - CONTINUED
                   COURT AND COUNSEL DISCUSS MOSSES CASE, OUT OF PRESENCE
                      OF THE JURY.
                   DEFENDANT'S EXHIBIT(S) ADMITTED IN EVIDENCE: L, A, B, C,
                      D, E, F, G, H.
                   ENTERED ON CJIS BY SRP, DATE 06/16/2005.


06/20/05 09:30 ** HEARING HELD ON 06/20/05 AT 9:30 A.M. IN SUPERIOR COURT,
                      D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                      PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:30 A.M.
                      SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                      MAUREEN STEGER.
                      NATURE OF PROCEEDINGS:  FURTHER JURY TRIAL.
                   DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   THIS MATTER COMING ON REGULARLY FOR 4TH DAY OF JURY
                      TRIAL.
                   FILED DEFENDANT'S SUGGESTED JURY INSTRUCTIONS
                   COURT AND COUNSEL DISCUSS JURY INSTRUCTIONS, DEFENDANT'S
                      SPECIAL JURY INSTRUCTIONS AND DEFENDANT'S SISTER'S
                      TESTIMONY, OUT OF PRESENCE OF THE JURY.
                   COURT ALLOWS DEFENDANT TO REOPEN HIS CASE FOR SISTER'S
                      LIMITED TESTIMONY
                   JURORS ARRIVE AT 1000
                   ALL JURORS PRESENT IN COURT.
                   THE FOLLOWING WITNESSES SWORN TO TESTIFY ON BEHALF OF
                      THE DEFENSE: MARIE OLAGUES.
                   DEFENSE RESTS.
                   THE COURT INSTRUCTS THE JURY.
                   CAUSE PROCEEDS WITH CLOSING ARGUMENTS ON BEHALF OF THE
                      PEOPLE.
                   CAUSE PROCEEDS WITH CLOSING ARGUMENTS ON BEHALF OF THE
                      DEFENDANT.
                   CAUSE CONTINUES WITH FINAL ARGUMENTS ON BEHALF OF THE
                      PEOPLE.
                   BAILIFF RICK RUDY IS DULY SWORN TO TAKE CHARGE OF THE
                      JURY.
                   12:30 P.M. :  THE JURY RETIRES TO DELIBERATE UPON A
                      VERDICT.
                   ALTERNATE JUROR(S) ORDERED TO BE ON TELEPHONE STANDBY.
                   NOTE RECEIVED AT 6:15, NO RESPONSE NEEDED
                   NOTE RECEIVED AT 7:15.  COURT RESPONDS THAT WE CANNOT BE
                      IN SESSION UNTIL 9 P.M
                   DEFENDANT ORDERED TO APPEAR ON 06/21/2005 AT 9:00 A.M.
                      IN SUPERIOR COURT, D- D FOR FURTHER JURY TRIAL.
                   EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                   ENTERED ON CJIS BY SRP, DATE 06/20/2005.

```
J241481                                                           04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---            13:12
ORGANIZATION: MC               CASE NO. SC130753A                 PAGE  30
```

**********************************************************************
RECORD OF CASE EVENTS:


06/21/05 09:00 ** HEARING HELD ON 06/21/05 AT 9:00 A.M. IN SUPERIOR COURT,
                  D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                  PETERSON.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00 A.M.
                  SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                  MAUREEN STEGER.
                  NATURE OF PROCEEDINGS:  FURTHER JURY TRIAL.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  JURORS ARRIVE AT 8 A.M. AND CONTINUE TO DELIBERATE
                  11:50 A.M. :  THE JURY RETURNS WITH A VERDICT.
                  VERDICT AFTER TRIAL ON COUNT 1, VIOLATION OF PC 278.5(A)
                    :  GUILTY.
                  THE JURY IS POLLED AND ALL ANSWER IN THE AFFIRMATIVE.
                  FOREMAN OF JURY READS STATEMENT TO COURT
                  VERDICT IS ORDERED RECORDED.
                  VERDICT FILED.
                  THE VERDICT(S) ARE SEALED.
                  THE JURORS NAMES ARE SEALED.
                  THE JURORS ARE THANKED AND EXCUSED UNTIL SUMMONED AGAIN.
                  REFERRED TO PROBATION DEPARTMENT FOR PRESENTENCE REPORT.
                  DEFENDANT TO REPORT TO THE PROBATION DEPARTMENT
                    FORTHWITH.
                  MOTION TO CHANGE THE COMPLAINT TO A MISDEMEANOR UNDER
                    PENAL CODE 17(B)(5) FILED.
                  DEFENDANT ORDERED TO APPEAR ON 08/19/2005 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- D FOR REPORT AND JUDGMENT.
                  DEFENDANT WAIVES TIME FOR SENTENCING.
                  ALTERNATE JUROR NOTIFIED.
                  EXHIBIT LIST INCORPORATED HEREIN BY REFERENCE.
                  EXHIBITS TO BE RETAINED. STIPULATION IN FILE.
                  DEFENDANT SIGNED ORDER AND RECEIVED COPY.
                  ENTERED ON CJIS BY SRP, DATE 06/21/2005.


06/22/05 07:00    NOTICE OF MOTION TO HEAR MOTION FOR A JUDGMENT
                    NOTWITHSTANDING THE VERDICT SINCE THE VERDICT DOES NOT
                    COMPORT WITH THE EVIDENCE AND LAW P.C. 1118 (6)(7) ON
                    AUGUST 19, 2003 OR SUA SPONTE FILED.
                  MOTION FOR A JUDGMENT NOTWITHSTANDING THE VERDICT SINCE
                    THE VERDICT DOES NOT COMPORT WITH THE EVIDENCE AND LAW
                    P.C. 1118 (6)(7) FILED.
                  ENTERED ON CJIS BY DN, DATE 06/23/2005.
                  LETTER REQUESTING FOR REPORTER'S TRANSCRIPT RECEIVED
                    FROM DEFENDANT SUBMITTED TO JUDGE GRAHAM WITH FILE.
                  ENTERED ON CJIS BY DN, DATE 06/23/2005.


06/30/05 07:00    CERTIFIED COPIES MADE FOR COUNTY COUNSEL.
                  ENTERED ON CJIS BY CH, DATE 06/30/2005.


07/06/05 07:00    NOTICE OF MOTION FOR A NEW TRIAL FILED.

```
J241481                                                           04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---         13:12
ORGANIZATION: MC                 CASE NO. SC130753A               PAGE  31
```

**************************************************************************
RECORD OF CASE EVENTS:

07/06/05 - CONTINUED
                  MOTION FOR A NEW TRIAL BECAUSE THE GUILTY VERDICT IS
                    COUNTER TO LAW AND THE FACTS FILED.
                  POINTS AND AUTHORITIES IN SUPPORT OF MOTION FOR A NEW
                    TRIAL FILED.
                  AFFIDAVIT IN SUPPORT OF A MOTION FOR A NEW TRIAL FILED.
                  HEARING SET ON 07/25/2005 AT 9:00 A.M. IN SUPERIOR COURT
                    , D- D FOR SET HEARING ON MOTION.
                  ENTERED ON CJIS BY DN, DATE 07/12/2005.

07/22/05 07:00    OPPOSITION TO DEFENDANT'S MOTION FOR A NEW TRIAL
                    (PEOPLE'S) FILED.
                  ENTERED ON CJIS BY DN, DATE 07/22/2005.

07/25/05 07:00    CALENDARED AT REQUEST OF DEFENDANT.
                  HEARING SET ON 07/27/2005 AT 9:00 A.M. IN SUPERIOR COURT
                    , D- D FOR MOTION.
                  ENTERED ON CJIS BY BJR, DATE 07/25/2005.
         09:00 ** HEARING HELD ON 07/25/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:00
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    ELAINE NINKOVICH.
                  NATURE OF PROCEEDINGS:  SET HEARING ON MOTION.
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  MATTER TO REMAIN AS SET.
                  MOTION TO HAVE COURT ORDER THE REIMBURSE MARIE OLAGUES
                    FOR HER TRAVEL EXPENSES FILED.
                  MOTION TO HAVE COURT ORDER THE PAYMENT FOR ALL NECESSARY
                    TRANSCRIPTS, AND CERTIFIED COPIES OF PLEADINGS AND
                    ORDERS FOR DEFENDANTS PETITITIONS AND APPEALS TO
                    CALIFORNIA APPELLATE COURTS FILED.
                  MOTION OF DEFENDANT FOR/TO NEW TRIAL IS DENIED.
                  COURT ADVISES DEFENDANT TO FILE APPLICATION FOR WAIVER
                    OF COURT FEES AND COSTS.
                  MATTER TO REMAIN AS SET.
                  ENTERED ON CJIS BY SRP, DATE 07/25/2005.

07/27/05 09:00 ** HEARING HELD ON 07/27/05 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:00
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                    ELAINE NINKOVICH.
                  NATURE OF PROCEEDINGS:  HEAR MOTION(S).
                  DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                  DEFENDANT APPEARED WITHOUT COUNSEL.
                  MOTION FOR RECONSIDERATION FOR A MOTION FOR A NEW TRIAL
                    BECAUSE OF MR. KOUSHARIAN'S MISREPRESENTATIONS TO COURT
                    AND FAILURE TO FILE HIS OPPOSITION TIMELY FILED.
                  COURT EXAMINES DEFENDANT'S INCOME AND ASSETTS.

```
J241481                                                        04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC                CASE NO. SC130753A             PAGE  32
```

**************************************************************************
RECORD OF CASE EVENTS:


07/27/05 - CONTINUED
                    MOTION OF DEFENDANT'S FOR/TO WAIVER OF COURT COSTS AND
                        FEES IS GRANTED.
                    MOTION OF DEFENDANT'S FOR/TO NEW TRIAL IS DENIED.
                    COURT WILL GRANT SOME RETROACTIVE EXPENSES, BUT
                        DEFENDANT SHALL SUBMIT A LIST FOR APPROVAL WITH COPIES
                        OF RECEIPTS.  COURT ADVISES DEFENDANT ALL FUTURE
                        EXPENSES MUST BE PREAUTHORIZED.
                    DEFENDANT MUST SUBMIT A LIST OF ALL TRANSCRIPTS
                        DEFENDANT REQUIRES ALONG WITH THE REASON HE REQUIRES THE
                        TRANSCRIPT.  COURT WILL NOT APPROVE TRANSCRIPTS FOR ALL
                        PROCEEDINGS.
                    MATTER TO REMAIN AS SET.
                    ENTERED ON CJIS BY SRP, DATE 07/27/2005.


08/02/05 07:00      COPY OF DENIAL OF PETITION FOR WRIT OF HABEAS CORPUS BY
                        OURT OF APPEAL, 1ST DISTRICT, 5TH DIVISION, RECEIVED AND
                        LODGED IN FILE.
                    ENTERED ON CJIS BY TG, DATE 08/02/2005.


08/19/05 09:00 **   HEARING HELD ON 08/19/05 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                        PETERSON.  REPORTER: ELAINE NINKOVICH.  BAILIFF: 9:00
                        A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                        ELAINE NINKOVICH.
                    NATURE OF PROCEEDINGS:  REPORT AND JUDGMENT.
                    DEPUTY DISTRICT ATTORNEY AL CHARMATZ APPEARED.
                    DEPUTY PROBATION OFFICER TIM FARRELL APPEARED.
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    DEFENDANT HAS AGREED TO APPEAR ON 9-16-05 FOR REPORT AND
                        JUDGMENT.  E-MAIL CONFIRMATION OF HIS RESPONSE TO
                        REQUEST FOR CONTINUANCE BY PROBATION IS IN THE FILE.
                    MOTION FOR CONTINUANCE OF REPORT AND JUDGMENT BY PROB IS
                        GRANTED.  CONTINUED TO 09/16/2005 AT 9:00 A.M. IN
                        SUPERIOR COURT, D- D.
                    DEFENDANT TO PERSONALLY APPEAR.
                    ENTERED ON CJIS BY SRP, DATE 08/19/2005.


09/16/05 09:00 **   HEARING HELD ON 09/16/05 AT 9:00 A.M. IN SUPERIOR COURT,
                        D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                        PETERSON.  REPORTER: KIM SCHROEDER.  BAILIFF: 9:00 A.M.
                        SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON KIM
                        SCHROEDER.
                    NATURE OF PROCEEDINGS:  REPORT AND JUDGMENT.
                    DEPUTY DISTRICT ATTORNEY PAMELA BOUSQUET APPEARED.
                    NO APPEARANCE BY OR FOR DEFENDANT.
                    DEPUTY PROBATION OFFICER MY TRAN APPEARED.
                    E-MAIL RE EXCUSED DEFENDANT'S PRESENCE DUE TO HURRICANE
                        KATRINA.

```
J241481                                                        04/13/07
MARIN CJIS                 --- REGISTER OF ACTIONS ---         13:12
ORGANIZATION: MC              CASE NO. SC130753A               PAGE  33
```

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
RECORD OF CASE EVENTS:

09/16/05 - CONTINUED
                    DEFENDANT ORDERED TO APPEAR ON 11/04/2005 AT 9:00 A.M.
                      IN SUPERIOR COURT, D- D FOR REPORT AND JUDGMENT.
                    CASH BAIL IS EXONERATED
                    ENTERED ON CJIS BY SRP, DATE 09/16/2005.

09/21/05 07:30      CASH BAIL WITHDRAWN FROM TRUST ACCOUNT AND RETURNED TO
                      DEPOSITOR.
                    CASH BAIL IS EXONERATED.  PAYMENT VOUCHER NUMBER MC13861
                      , DATED 09/21/2005 RECEIPT NO. W16907.
                    ENTERED ON CJIS BY WW, DATE 09/21/2005.

10/14/05 07:00      NOTICE FOR A NEW TRIAL OR A VERDICT OF NOT GUILTY
                      PURSUANT OT CALIFORNIA PENAL CODE SECTION 1181.5,6,7
                      FILED.
                    CASE SUBMITTED TO JUDGE GRAHAM (FUTURE COURT DATE
                      11-04-05 FOR RAJ).
                    ENTERED ON CJIS BY MA, DATE 10/14/2005.

10/26/05 07:00      OPPOSITION TO DEFENDANT'S SECOND MOTION FOR NEW TRIAL
                      (PEOPLE'S) FILED.
                    ENTERED ON CJIS BY DN, DATE 10/26/2005.

10/31/05 07:00      PROBATION REPORT RECEIVED AND DELIVERED TO JUDGE GRAHAM.
                    ENTERED ON CJIS BY MH, DATE 10/31/2005.

11/04/05 09:00 ** HEARING HELD ON 11/04/05 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                      PETERSON.  REPORTER: MARGARET COLLINS.  BAILIFF: 9:00
                      A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON
                      MARGARET COLLINS.
                    NATURE OF PROCEEDINGS:  REPORT AND JUDGMENT.
                    DEPUTY DISTRICT ATTORNEY LEON KOUSHARIAN APPEARED.
                    DEPUTY PROBATION OFFICER MY TRAN APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    PROBATION REPORT ATTACHMENT SUBMITTED.
                    MOTION TO REDUCE FELONY TO MISDEMEANOR FILED.
                    PEOPLE OBJECT TO THE MOTION.
                    MOTION OF DEFENDANT'S FOR/TO REDUCE FELONY TO
                      MISDEMEANOR IS DENIED.
                    MOTION OF DEFENDANT'S FOR/TO NEW TRIAL IS DENIED.
                    PROBATION REPORT READ, CONSIDERED, AND FILED.
                    DEFENDANT STATES THERE IS NO LEGAL CAUSE WHY JUDGMENT
                      SHOULD NOT BE PRONOUNCED.
                    PARTIES STATE POSITION AND ARGUMENT RE: SENTENCING.
                    \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*  S E N T E N C E  \*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*
                    PROBATION GRANTED AS TO COUNT 1.
                    IMPOSITION OF SENTENCE SUSPENDED, AND DEFENDANT PLACED
                      ON PROBATION FOR A PERIOD OF 3 YRS; 0 MOS; 0 DAYS.  TYPE
                      OF PROBATION:  SUPERVISED.
```

```
J241481                                                      04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC              CASE NO. SC130753A             PAGE  34
```

**********************************************************************
RECORD OF CASE EVENTS:


11/04/05 - CONTINUED

              DEFENDANT IS PLACED ON PROBATION UNDER THE FOLLOWING
                USUAL FIVE TERMS AND CONDITIONS:  1. THE DEFENDANT IS
                HEREBY PLACED UNDER THE SUPERVISION AND CUSTODY OF THE
                PROBATION OFFICER OF THE COUNTY OF MARIN.  2. THE
                DEFENDANT SHALL CONDUCT HIM/HERSELF IN A LAW-ABIDING
                MANNER.  3. DEFENDANT SHALL NOT LEAVE THE STATE OF
                CALIFORNIA NOR MOVE HIS/HER RESIDENCE FROM THE COUNTY IN
                WHICH HE/SHE RESIDES, WITHOUT PRIOR WRITTEN APPROVAL OF
                THE PROBATION OFFICER OR THE COURT.  4. THE DEFENDANT
                SHALL NOTIFY THE PROBATION OFFICER IMMEDIATELY OF ANY
                CHANGE IN EMPLOYMENT, MARITAL STATUS, OR PLACE OF
                RESIDENCE.  5. THE DEFENDANT SHALL REPORT REGULARLY AS
                DIRECTED BY THE PROBATION OFFICER.
              PROBATION EXPIRES 11/04/2008.
              AS TO COUNT 1, DEFENDANT TO SERVE 0 YEAR(S), 6 MONTH(S),
                0 DAY(S) IN THE CUSTODY OF THE MARIN COUNTY SHERIFF.
              JAIL STAYED PENDING SUCCESSFUL COMPLETION OF PROBATION.
              OTHER CONDITIONS: DEFENDANT TO PARTICIPATE AND
                SUCESSFULLY COMPLETE A MINIMUM OF 16 WEEKS OF PARENTING
                CLASSES.
              OTHER CONDITIONS: DEFENDANT TO ABIDE BY ANY FAMILY COURT
                ORDER INCLUDING SUPPORT OF CHILDREN AND PAYMENT OF CHILD
                SUPPORT.
              DEFENDANT TO SEEK AND MAINTAIN FULL-TIME EMPLOYMENT/
                EDUCATION/VOCATIONAL TRAINING, AS DIRECTED BY THE
                PROBATION OFFICER.
              DEFENDANT TO PAY RESTITUTION FINE IN THE AMOUNT OF
                $200.00 PURSUANT TO PC1202.4.
              DEFENDANT MUST PAY A $20.00 COURT SECURITY FEE PURSUANT
                TO 1465.8 PC.
              DEFENDANT MUST PAY A $200.00 PROBATION RESTITUTION
                REVOCATION FINE, WHICH SHALL BECOME EFFECTIVE UPON THE
                REVOCATION OF PROBATION OR CONDITIONAL SENTENCE.
              FEES TO BE PAID THROUGH PROBATION DEPARTMENT.
              DEFENDANT TO PAY RESTITUTION TO ANY PERSON IN AN AMOUNT
                AND MANNER TO BE DETERMINED BY THE PROBATION OFFICER,
                SUBJECT TO COURT REVIEW UPON THE DEFENDANT'S TIMELY
                OBJECTION.
              DEFENDANT SHALL PROVIDE SPECIMENS PURSUANT TO PC 296 ET
                SEQ. FOR LAW ENFORCEMENT IDENTIFICATION ANALYSIS.
              ORDER DIRECTING SUBMISSION OF BUCCAL SWAB SAMPLES (PC
                295, 296) FILED.
              PAY THE SUPERVISED PROBATION FEE OF $350.00.
              DEFENDANT TO REPORT TO PROBATION FORTHWITH.
              CONTINUED TO 05/26/2006 AT 9:00 A.M. IN SUPERIOR COURT,
                D- D FOR STATUS REPORT RE:PROBATION COMPLIANCE.
              ALL SENTENCE ELEMENTS FOR THIS PROCEEDING ENTERED.
              TERMS OF PROBATION INCORPORATED HEREIN BY REFERENCE.
              DEFENDANT SIGNED ORDER AND RECEIVED COPY.

```
J241481                                                    04/13/07
MARIN CJIS               --- REGISTER OF ACTIONS ---       13:12
ORGANIZATION: MC              CASE NO. SC130753A           PAGE  35

***********************************************************************
RECORD OF CASE EVENTS:

11/04/05 - CONTINUED
                   ENTERED ON CJIS BY PPL, DATE 11/07/2005.

11/07/05 07:00     NOTICE OF APPEAL FILED.
                   ENTERED ON CJIS BY CH, DATE 11/07/2005.

11/14/05 07:00     PREVIOUSLY FILED ORDER DIRECTING SUBMISSION OF BUCCAL
                     SWAB SAMPLES (PC 295, 296) RETURNED TO THE COURT WITH
                     THE BOTTOM PORTION OF THE FORM COMPLETED AND FILED.
                   ENTERED ON CJIS BY BJR, DATE 11/14/2005.

01/11/06 07:00     CERTIFIED RECORD ON APPEAL TO COURT OF APPEAL. COPY TO
                     ATTORNEY GENERAL AND FIRST DISTRICT APPELLATE PROJECT.
                   ENTERED ON CJIS BY CH, DATE 01/11/2006.

01/31/06 07:00     DOCUMENT INDICATED ATTORNEY L. RICHARD BRANCHER ASSIGNED
                     AS ATTORNEY FOR APPELLANT JOHN OLAGUES RECEIVED AND
                     LODGED IN FILE.
                   ENTERED ON CJIS BY DN, DATE 01/31/2006.

03/06/06 07:00     PETITION FOR REVOCATION OF PROBATION (PROBATION) FILED.
                   HEARING SET ON 03/17/2006 AT 9:00 A.M. IN SUPERIOR COURT
                     , D- D FOR ARR PET REV PROB/COND SENT.
                   ENTERED ON CJIS BY AB, DATE 03/07/2006.

03/17/06 09:00 **  HEARING HELD ON 03/17/06 AT 9:00 A.M. IN SUPERIOR COURT,
                     D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                     PALMER-LANGFORD.  REPORTER: MAUREEN STEGER.  BAILIFF:
                     9:00 A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS
                     PALMER-LANGFORD MAUREEN STEGER.
                     NATURE OF PROCEEDINGS:  ARRAIGNMENT ON PETITION TO
                     REVOKE PROBATION/CONDITIONAL SENTENCE.
                   DEPUTY DISTRICT ATTORNEY LEON KHOUSHARIAN APPEARED.
                   DEPUTY PROBATION OFFICER KATHLEEN PAULSEN APPEARED.
                   DEFENDANT APPEARED WITHOUT COUNSEL.
                   DEFENDANT ADVISED OF RIGHT TO A HEARING AND TO BE
                     PRESENT AT THE HEARING;
                   THE COURT INFORMS DEFENDANT OF LEGAL AND CONSTITUTIONAL
                     RIGHTS.
                   DEFENDANT ADVISED THE MAXIMUM SENTENCE EXPOSURE IS 3
                     YEARS STATE PRISON.
                   DEFENDANT MAKES STATEMENT TO THE COURT.
                   CORRESPONDENCE REGARDING NEW ZEALAND COURT ORDER
                     SUBMITTED AND LODGED IN FILE.
                   DEFENDANT STATES HE WOULD LIKE FILE A MOTION TO DISMISS
                     FOR LACK OF JURISDICTION.
                   REFERRED TO PUBLIC DEFENDER.
                   DEFENDANT ORDERED TO APPEAR ON 03/20/2006 AT 9:00 A.M.
                     IN SUPERIOR COURT, D- D FOR SET HEARING / DISPO PETN
                     REVO.
```

```
J241481                                                          04/13/07
MARIN CJIS                    --- REGISTER OF ACTIONS ---        13:12
ORGANIZATION: MC                 CASE NO. SC130753A              PAGE  36
```

**************************************************************************
RECORD OF CASE EVENTS:

03/17/06 - CONTINUED
                    ENTERED ON CJIS BY PPL, DATE 03/17/2006.


03/20/06 09:00 ** HEARING HELD ON 03/20/06 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    BELL.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS BELL MAUREEN
                    STEGER.
                    NATURE OF PROCEEDINGS:  SET HEARING/DISPO ON PETITION TO
                    REVOKE.
                 DEPUTY DISTRICT ATTORNEY L. KOUSHARIAN APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER B. MORRIS
                    .
                 APPOINTED AS ATTORNEY OF RECORD: PUBLIC DEFENDER.
                 STIPULATED DEFENDANT DULY AND PROPERLY ARRAIGNED
                 (AS TO PROBATION PETITION).
                 COPY OF PETITION FOR REVOCATION OF PROBATION
                    ACKNOWLEDGED.
                 ALLEGATIONS OF THE PETITION DENIED.
                 TIME WAIVED BY DEFENDANT.
                 DEFENDANT ORDERED TO APPEAR ON 03/24/2006 AT 9:00 A.M.
                    IN SUPERIOR COURT, D- D FOR HEARING ON PETITION TO
                    REVOKE.
                 ENTERED ON CJIS BY LB, DATE 03/20/2006.


03/24/06 09:00 ** HEARING HELD ON 03/24/06 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PALMER-LANGFORD.  REPORTER: MAUREEN STEGER.  BAILIFF:
                    9:00 A.M.  SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS
                    PALMER-LANGFORD MAUREEN STEGER.
                    NATURE OF PROCEEDINGS:  HEARING ON PETITION TO REVOKE.
                 DEPUTY DISTRICT ATTORNEY LEON KHOUSHARIAN APPEARED.
                 DEPUTY PROBATION OFFICER MY TRAN APPEARED.
                 DEFENDANT APPEARED WITH DEPUTY PUBLIC DEFENDER BRIAN
                    MORRIS.
                 PETITION FOR REVOCATION OF PROBATION
                    WITHDRAWN/DISMISSED.
                 VACATE STATUS REPORT THAT WAS SET ON 05/26/2006 AT 9:00
                    A.M.
                 ENTERED ON CJIS BY PPL, DATE 03/24/2006.


04/19/06 07:00    MOTION RECEIVED BY MAIL FROM DEFENDANT LODGED IN FILE
                    PURSUANT TO INSTRUCTIONS OF JUDGE GRAHAM.
                 COPIES MADE FOR D.A., DPD MORRIS AND PROBATION DEPT.
                 ENTERED ON CJIS BY MA, DATE 04/25/2006.


04/25/06 07:00    CALENDARED AT REQUEST OF DEFT.
                 HEARING SET ON 05/05/2006 AT 9:00 A.M. IN SUPERIOR COURT
                    , D- D FOR MTN TO DISMISS.
                 ENTERED ON CJIS BY DT, DATE 04/25/2006.
```

```
J241481                                                          04/13/07
MARIN CJIS               --- REGISTER OF ACTIONS ---             13:12
ORGANIZATION: MC            CASE NO. SC130753A                   PAGE  37
```

**************************************************************************
RECORD OF CASE EVENTS:

04/25/06 - CONTINUED
                    CALENDARED AT REQUEST OF DISTRICT ATTORNEY OFFICE.
                    HEARING SET ON 04/27/2006 AT 9:00 A.M. IN SUPERIOR COURT
                     , D- D FOR STATUS REPORT -FOR STATUS REGARDING MOTION
                    DATES.
                    ENTERED ON CJIS BY DN, DATE 04/25/2006.

04/27/06 09:00 ** HEARING HELD ON 04/27/06 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    P LANGFORD.  REPORTER: MAUREEN STEGER.  BAILIFF: 9:00
                    A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS P LANGFORD
                    MAUREEN STEGER.
                    NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY LEON KHOUSHARIAN APPEARED.
                    ATTORNEY BRIAN MORRIS, PUBLIC DEFENDER APPEARED FOR
                    DEFENDANT.
                    SEE FILE RE: LETTER TO DEFENDANT.
                    VACATE MTN TO DISMISS THAT WAS SET ON 05/05/2006 AT 9:00
                    A.M.
                    ENTERED ON CJIS BY PPL, DATE 04/27/2006.

05/03/06 07:00    NOTICE OF MOTION RECEIVED FROM DEFENDANT SUBMITTED TO
                    JUDGE GRAHAM WITH THE FILE.
                    ENTERED ON CJIS BY MA, DATE 05/03/2006.

05/08/06 07:00    PURSUANT TO INSTRUCTIONS OF JUDGE GRAHAM, MOTION TO BE
                    RETURNED TO DEFENDANT.
                    ENTERED ON CJIS BY MA, DATE 05/08/2006.

10/17/06 07:00    LETTER RECEIVED BY MAIL FROM DEFENDANT LODGED IN FILE
                    PURSUANT TO INSTRUCTIONS FROM JUDGE GRAHAM.
                    COPIES MADE FOR DISTRICT ATTORNEY, PROBATION AND DPD
                    MORRIS.
                    ENTERED ON CJIS BY CP, DATE 10/17/2006.

11/22/06 07:00    MOTION FOR DEMAND FOR A NEW TRIAL UNDER CALIFORNIA PENAL
                    CODE 1202 FILED.
                    HEARING SET ON 12/06/2006 AT 9:00 A.M. IN SUPERIOR COURT
                     , D- D FOR SET HEARING ON MOTION.
                    ENTERED ON CJIS BY CP, DATE 11/22/2006.

12/06/06 09:00 ** HEARING HELD ON 12/06/06 AT 9:00 A.M. IN SUPERIOR COURT,
                    D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                    PETERSON.  REPORTER: BRANDY CARRIER.  BAILIFF: 9:00 A.M.
                    SUPERIOR COURT D JOHN S GRAHAM, JUDGE MS PETERSON BRANDY
                    CARRIER.
                    NATURE OF PROCEEDINGS:  SET HEARING ON MOTION.
                    DEPUTY DISTRICT ATTORNEY PAUL HAAKENSON APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.

```
J241481                                                      04/13/07
MARIN CJIS                  --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC                CASE NO. SC130753A           PAGE  38
*************************************************************************
RECORD OF CASE EVENTS:

12/06/06 - CONTINUED
                    ANY MOTION TO BE FILED 11/22/2006 ;RESPONSE BY
                      01/06/2007.
                    DEFENDANT ORDERED TO APPEAR ON 01/16/2007 AT 9:00 A.M.
                      IN SUPERIOR COURT, D- D FOR STATUS REPORT RE APPEAL/SET
                      HEARING ON MOTION FOR NEW TRIAL.
                    ENTERED ON CJIS BY SRP, DATE 12/06/2006.

12/11/06 07:00      REQUEST FOR JUDICIAL NOTICE FOR HEARING SEHEDULED JAN
                      16, 2007 FILED.
                    ENTERED ON CJIS BY CH, DATE 12/11/2006.

01/16/07 09:00 **   HEARING HELD ON 01/16/07 AT 9:00 A.M. IN SUPERIOR COURT,
                      D- D.  HON. JOHN S GRAHAM, JUDGE, PRESIDING.  CLERK: MS
                      P PALMER-LANGFORD.  REPORTER: BERNICE COVINGTON.
                      BAILIFF: 9:00 A.M. SUPERIOR COURT D JOHN S GRAHAM, JUDGE
                      MS P PALMER-LANGFORD BERNICE COVINGTON.
                      NATURE OF PROCEEDINGS:  STATUS REPORT.
                    DEPUTY DISTRICT ATTORNEY HOWARD SKEBE APPEARED.
                    DEFENDANT APPEARED WITHOUT COUNSEL.
                    COURT OF APPEAL DECISION HAS NOT BEEN RENDERED.
                    MATTER ORDERED OFF CALENDAR.
                    (WITHOUT PREJUDICE).
                    DEFENDANT MAY PUT MATTER ON CALENDAR AFTER COURT OF
                      APPEAL DECISION HAS BEEN ENTERED.
                    ENTERED ON CJIS BY PPL, DATE 01/16/2007.

04/06/07 07:00      LETTER RECEIVED FROM APPELLANT/JOHN OLAGUES REGARDING
                      IMPOSITION OF SENTENCE.
                    FILE TO JUDGE GRAHAM FOR REVIEW.
                    ENTERED ON CJIS BY CP, DATE 04/06/2007.
```

```
J241481                                                       04/13/07
MARIN CJIS                   --- REGISTER OF ACTIONS ---      13:12
ORGANIZATION: MC                 CASE NO. SC130753A           PAGE  39
```

**************************************************************************
SENTENCE SUMMARY:


PRISON:  NONE
  JAIL:  6 MOS


FINE:
    BASIC FINE AMOUNT:          $0.00
    A/R FEE:                     0.00
    CIT PROC FEE:                0.00
    ADMIN SCREEN FEE:            0.00
    MISC. FEES:                  0.00
    REST. FINE:                200.00
    REST. FUND:                  0.00


    TOTAL AMOUNT DUE:          $200.00

    ACTION ON BAIL/BOND:  EXONERATED


PROBATION: 3 YRS                  TYPE: SUPERVISED


SENTENCE COMMENTS:
    JAIL STAYED PENDING SUCCESSFUL COMPLETION OF PROBATION
    DEFENDANT TO PARTICIPATE AND SUCESSFULLY COMPLETE A
    MINIMUM OF 16 WEEKS OF PARENTING CLASSES
    DEFENDANT TO ABIDE BY ANY FAMILY COURT ORDER INCLUDING
    SUPPORT OF CHILDREN AND PAYMENT OF CHILD SUPPORT
    DEFENDANT TO REPORT TO PROBATION FORTHWITH


**************************************************************************

END OF REGISTER OF ACTIONS

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA

## FIRST APPELLATE DISTRICT, DIVISION FIVE

**THE PEOPLE OF THE STATE OF CALIFORNIA,**

Plaintiff and Respondent,

v.

**JOHN ANDREW OLAGUES,**

Defendant and Appellant.

A112016

Marin County Superior Court No. SC130753
The Honorable John S. Graham, Judge

## RESPONDENT'S BRIEF

BILL LOCKYER
Attorney General of the State of California

MARY JO GRAVES
Chief Assistant Attorney General

GERALD A. ENGLER
Senior Assistant Attorney General

LAURENCE K. SULLIVAN
Supervising Deputy Attorney General

SETH K. SCHALIT
Supervising Deputy Attorney General
State Bar No. 150578

455 Golden Gate Avenue, Suite 11000
San Francisco, CA  94102-7004
Telephone:  (415) 703-1371
Fax: (415) 703-1234

**Attorneys for Respondent**

# TABLE OF CONTENTS

**Page**

INTRODUCTION ................................................. 1

STATEMENT OF THE CASE ................................. 1

STATEMENT OF FACTS ...................................... 2

ARGUMENT ....................................................... 7

I.     THE COURT HAD TERRITORIAL JURISDICTION ................................. 7

     A.   Background ............................................ 7

     B.   California Had Territorial Jurisdiction ......... 8

         1.   Jurisdiction Under Section 279 ............ 9

         2.   Jurisdiction Under Section 778a, Subdivision (a) ... 11

     C.   Marin County Was The Proper Venue ......... 14

     D.   Any Error As To Venue Was Statutory Only And Harmless ... 16

II.    BECAUSE THERE WAS A CUSTODY ORDER, CHARLOTTE HAD A RIGHT OF CUSTODY ... 17

     A.   Appellant Could Not And Cannot Challenge The Order ... 17

     B.   The Order Was A Custody Determination ...... 21

III.   REFUSING TO INSTRUCT ON CONTEMPT AS A LESSER INCLUDED OFFENSE WAS NEITHER ERRONEOUS NOR PREJUDICIAL ... 23

CONCLUSION ................................................... 26

i

the burden of proving jurisdictional facts by a preponderance of the evidence. (*Id.* at pp. 1054-1055.)   A reviewing court "will uphold the trial court's determination on factual issues if supported by substantial evidence and review its legal determinations independently." (*Id.* at p. 1055.) The Supreme Court has "not clearly establish[ed] whether the lower court's application of the law to the facts should be reviewed independently or deferentially. (*Ibid.*)

California had jurisdiction under section 279, which establishes jurisdiction for certain violations of section 278.5, and under section 778a, subdivision (a), which establishes jurisdiction when the crime occurs outside of the state but preparatory acts done with the requisite intent occur inside.

### 1.    Jurisdiction Under Section 279

California had jurisdiction under section 279, which establishes territorial jurisdiction for violations of section 278.5 by "a person who was not a resident of, or present in, this state at the time of the alleged offense" and regardless of "whether the intent to commit the offense is formed within or outside of this state" under any of three circumstances. (§ 279.) Jurisdiction lies if, "(a) The child was a resident of, or present in, this state at the time the child was taken, enticed away, kept, withheld, or concealed. [¶] (b) The child thereafter is found in this state. [¶] (c) A lawful custodian or a person with a right to visitation is a resident of this state at the time the child was taken, enticed away, kept, withheld, or concealed." (§ 279.)

The information alleged that the offense occurred "between July 18 and July 23, 2003." (2 CT 594-595.) Appellant was not a resident of the state and was not present in the state at the time of the offense. At that time he, and the children, were in Louisiana. The children, however, were "present in[] this state at the time [they] [were] taken." (§ 279, subd. (a).) In particular, the evidence established that he took the children from Charlotte in Marin County.

Appellant asserts there was no jurisdiction under this provision. He

reasons that because he and the children were in Louisiana at the time the offense "occurred between July 18, 2003 and July 23, 2003," he could not have "taken" them, or done any of the other acts specified in subdivision (a) of section 279, during that time.  (AOB 14.)  Appellant misreads the statute. Section 279 does not require that the *offense* as pleaded in the information occur in California.  Such a requirement would be counter to one of the express purposes of the statute—to establish jurisdiction over "a person . . . not . . . present in[] this state at the time of the alleged offense." (§ 279.)  Subdivision (a) requires only that the child be present when taken.  The alleged offense may not occur until later, for example, when the child who has been taken is kept and the lawful custodian maliciously deprived of custody.  (§ 278.5 ["Every person who take, entices away, keeps, withholds, or conceals a child and *maliciously deprives a lawful custodian of a right to custody,* or a person of a right to visitation" is guilty of a crime].)

"California's jurisdiction over [appellant] is based upon the state's interest in the performance of the duty that was imposed by a California court order but not fulfilled until . . . the children were recovered . . . and returned to their mother."  (*People v. Lazarevich* (2004) 124 Cal.App.4th 140, 150 [decided under former section 279].)[2]  Thus, the location of conduct that is an element of the offense "based upon an omission to perform a duty *is irrelevant.*"  (*Ibid.*)  It was the location of the children that was relevant, and

---

2.  Former section 279, subdivision (e), provided, "Pursuant to Sections 27 and 778, violation of Section 277, 278, or 278.5 is punishable in California, whether the intent to commit the offense is formed within or without the state, if the child was a resident of California or present in California at the time of the taking, if the child thereafter is found in California, or if one of the parents, or a person granted access to the minor child by a court order, is a resident of California at the time of the alleged violation of Section 277, 278, or 278.5 by a person who was not a resident of or present in California at the time of the alleged offense."  (Stats. 1992, ch. 163, § 107.)

10

they were located in California when appellant took them. "[H]is failure to abide by a valid California child custody order constitutes an act or omission outside of the [state] that necessarily produced a substantial detrimental effect in California . . . ." (*Id.* at p. 151.)  California therefore had jurisdiction.

### 2.   Jurisdiction Under Section 778a, Subdivision (a)

California also had jurisdiction under section 778a, subdivision (a). That section "provides that if a person, 'with intent to commit a crime, does any act within this state in execution or part execution of that intent, which culminates in the commission of a crime, either within or without this state, the person is punishable for that crime in this state in the same manner as if the crime had been committed entirely within this state.'  Under this provision, California has territorial jurisdiction over an offense if the defendant, with the requisite intent, does a preparatory act in California that is more than a de minimis act toward the eventual completion of the offense." (*Betts, supra*, 34 Cal.4th at p. 1047.)  The provision "affords our courts jurisdiction over crimes committed outside the state if the defendant formed the intent and committed 'any act' within this state in whole or partial execution of that intent." (*People v. Morante* (1999) 20 Cal.4th 403, 434.)

This case is quite similar to *Betts*. Betts, a truck driver, molested his stepgranddaughters on trucking trips, all of which began in Riverside County. Before a trip to North Carolina, which was supposed to be his honeymoon, he suggested one girl accompany him and his new wife. Several times when his wife was driving while out-of-state, he got into the bunk occupied by the girl and molested her. Before a trip to Oregon, Betts mentioned, in the girls' presence, that there might be time to stop at their aunt's house in Oregon. Betts agreed to the girls' request to go on the trip. At some point, he molested one of them while she was sleeping in the truck. Betts had previously molested two girls, one of whom was the daughter of his live-in girlfriend, the other of whom

11

was the daughter of a friend who sometimes stayed with Betts. (*Id.* at pp. 1044-1045.)

The Supreme Court concluded the evidence "amply support[ed] the conclusion that defendant formed the intent to molest the girls while he was in California, before the trip began." (*Betts, supra,* 34 Cal.4th at p. 1055.) He suggested bringing the girl on what was to be his honeymoon; the sleeping arrangements provided an opportunity for him to be alone with the girl; and his past act of molestation "supported the inference that the idea of molesting [her] did not first come to his mind after they had left the state." (*Id.* at pp. 1055-1056.) The same evidence supported the inference he had intended to molest the other girl when he suggested stopping at her aunt's house and when he agreed that she could come. (*Id.* at p. 1056.) Finally, Betts's "acts of driving the girls across the state in his truck constitute[d] sufficient conduct to establish California's jurisdiction over his crimes. These acts were not merely de minimus; they furthered the completion of the charged offenses by removing the girls from the protection of their mother and providing defendant with opportunities to be alone with each of them. Both of the victims were California residents, and California has a legitimate interest in protecting its residents from criminal conduct." (*Ibid.*)

Similar reasoning applies here. Appellant, while in California, did more than a de minis preparatory act toward completing the offense. Appellant had his attorney register the order here, met the children here, used a car that he picked up here, spent several days with the children in the state, and drove them across the state toward his eventual destination—the sanctuary of his family home in Louisiana where he could have full control over them—and away from California where their mother was waiting to get them and return them to their home in New Zealand. He did all of this having, as the magistrate concluded, already formed the intent to take the children when he collected them from

12

27.  (a) The following persons are liable to punishment under the
laws of this state:
   (1) All persons who commit, in whole or in part, any crime within
this state.
   (2) All who commit any offense without this state which, if
committed within this state, would be larceny, carjacking, robbery,
or embezzlement under the laws of this state, and bring the property
stolen or embezzled, or any part of it, or are found with it, or any
part of it, within this state.
   (3) All who, being without this state, cause or aid, advise or
encourage, another person to commit a crime within this state, and
are afterwards found therein.
   (b) Perjury, in violation of Section 118, is punishable also when
committed outside of California to the extent provided in Section
118.


28.  (a) Evidence of mental disease, mental defect, or mental
disorder shall not be admitted to show or negate the capacity to form
any mental state, including, but not limited to, purpose, intent,
knowledge, premeditation, deliberation, or malice aforethought, with
which the accused committed the act.  Evidence of mental disease,
mental defect, or mental disorder is admissible solely on the issue
of whether or not the accused actually formed a required specific
intent, premeditated, deliberated, or harbored malice aforethought,
when a specific intent crime is charged.
   (b) As a matter of public policy there shall be no defense of
diminished capacity, diminished responsibility, or irresistible
impulse in a criminal action or juvenile adjudication hearing.
   (c) This section shall not be applicable to an insanity hearing
pursuant to Section 1026.
   (d) Nothing in this section shall limit a court's discretion,
pursuant to the Evidence Code, to exclude psychiatric or
psychological evidence on whether the accused had a mental disease,
mental defect, or mental disorder at the time of the alleged offense.


29.  In the guilt phase of a criminal action, any expert testifying
about a defendant's mental illness, mental disorder, or mental defect
shall not testify as to whether the defendant had or did not have
the required mental states, which include, but are not limited to,
purpose, intent, knowledge, or malice aforethought, for the crimes
charged.  The question as to whether the defendant had or did not
have the required mental states shall be decided by the trier of
fact.

# PENAL CODE
# SECTION 777-795

777.  Every person is liable to punishment by the *laws of this* State, for a public offense committed by him therein, except where it is by law cognizable exclusively in the courts of the United States; and except as otherwise provided by law the jurisdiction of every public offense is in any competent court within the jurisdictional territory of which it is committed.

777a.  If a parent violates the provisions of Section 270 of this code, the jurisdiction of such offense is in any competent court of either the jurisdictional territory in which the minor child is cared for or in which such parent is apprehended.

777b.  Perjury, in violation of Section 118, committed outside of the State of California is punishable in a competent court in the jurisdictional territory in which occurs the act, transaction, matter, action, or proceeding, in relation to which the testimony, declaration, deposition, or certification was given or made.

778.  When the commission of a public offense, commenced without the State, is consummated within its boundaries by a defendant, himself outside the State, through the intervention of an innocent or guilty agent or any other means proceeding directly from *said defendant*, he is liable to punishment therefor in this State in any competent court within the jurisdictional territory of which the offense is consummated.

778a.  (a) Whenever a person, with intent to commit a crime, does any act within this state in execution or part execution of that intent, which culminates in the commission of a crime, either within or without this state, the person is punishable for that crime in this state in the same manner as if the crime had been committed entirely within this state.
    (b) Whenever a person who, within this state, kidnaps another person within the meaning of Sections 207 and 209, and thereafter carries the person into another state or country and commits any crime of violence or theft against that person in the other state or country, the person is punishable for that crime of violence or theft in this state in the same manner as if the crime had been committed within this state.

778b.  Every person who, being out of this state, causes, aids, advises, or encourages any person to commit a crime within this state, and is afterwards found within this state, is punishable in the same manner as if he had been within this state when he caused, aided, advised, or encouraged the commission of such crime.

1200.  When the defendant appears for judgment he must be informed by the Court, or by the Clerk, under its direction, of the nature of the charge against him and of his plea, and the verdict, if any thereon, and must be asked whether he has any legal cause to show why judgment should not be pronounced against him.


1201.  He or she may show, for cause against the judgment:
   (a) That he or she is insane; and if, in the opinion of the court, there is reasonable ground for believing him or her insane, the question of insanity shall be tried as provided in Chapter 6 (commencing with Section 1367) of Title 10 of Part 2.  If, upon the trial of that question, the jury finds that he or she is sane, judgment shall be pronounced, but if they find him or her insane, he or she shall be committed to the state hospital for the care and treatment of the insane, until he or she becomes sane; and when notice is given of that fact, as provided in Section 1372, he or she shall be brought before the court for judgment.
   (b) That he or she has good cause to offer, either in arrest of judgment or for a new trial; in which case the court may, in its discretion, order the judgment to be deferred, and proceed to decide upon the motion in arrest of judgment or for a new trial.


1201.5.  Any motions made subsequent to judgment must be made only upon written notice served upon the prosecution at least three days prior to the date of hearing thereon.  No affidavit or other writing shall be presented or considered in support thereof unless a copy of the same has been duly served upon the prosecution at least three days prior to a hearing thereon.  Any appeal from an order entered upon a motion made other than as herein provided, must be dismissed by the court.


1202.  If no sufficient cause is alleged or appears to the court at the time fixed for pronouncing judgment, as provided in Section 1191, why judgment should not be pronounced, it shall thereupon be rendered; and if not rendered or pronounced within the time so fixed or to which it is continued under the provisions of Section 1191, then the defendant shall be entitled to a new trial.  If the court shall refuse to hear a defendant's motion for a new trial or when made shall neglect to determine such motion before pronouncing judgment or the making of an order granting probation, then the defendant shall be entitled to a new trial.

1202a.  If the judgment is for imprisonment in the state prison the judgment shall direct that the defendant be delivered into the custody of the Director of Corrections at the state prison or institution designated by the Director of Corrections as the place for the reception of persons convicted of felonies, except where the judgment is for death in which case the defendant shall be taken to the warden of the California State Prison at San Quentin.
   Unless a different place or places are so designated by the Director of Corrections, the judgment shall direct that the defendant be delivered into the custody of the Director of Corrections at the California State Prison at San Quentin.  The Director of Corrections shall designate a place or places for the reception of persons

